UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:

**26 BOWERY LLC and**
**2 BOWERY HOLDING LLC**,

                Debtors.

----------------------------------------------------------X

Chapter 11

Case No.: 22-10412 (MG) and
22-10413 (MG)
(Joint Administration Pending)

ORDER SCHEDULING INITIAL CASE CONFERENCE

26 Bowery LLC and 2 Bowery Holding LLC (together, the "Debtors") having each filed a petition for reorganization under chapter 11 of the Bankruptcy Code on March 31, 2022, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the undersigned Bankruptcy Judge using Zoom for Government, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on April 20, 2022 at 2:00 p.m., or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further,[1]

---

[1] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, http://www.nysb.uscourts.gov/content/judge-martin-glenn. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

ORDERED, that the Debtors shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five (5) largest secured claims, any post-petition lender to the Debtors, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated: April 4, 2022
       New York, New York

                                                /s/Martin Glenn
                                CHIEF UNITED STATES BANKRUPTCY JUDGE