**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:

**26 BOWERY LLC and**
**2 BOWERY HOLDING LLC**,

Debtors.

-----------------------------------------------------------X

Chapter 11

Case No.:  22-10412 (MG) and
          22-10413 (MG)
(Jointly Administered)

### ORDER AUTHORIZING RETENTION OF ROBINSON
### BROG LEINWANDGREENE GENOVESE & GLUCK P.C.
### AS ATTORNEYS FOR DEBTORS EFFECTIVE AS OF MARCH 31, 2022

**UPON** the Application of the above-named Debtors seeking authority to employ and

appoint ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., ("Robinson

Brog") as counsel to the Debtors; and upon the Declarations of Fred B. Ringel and Doris Shen;

and it appearing that Robinson Brog represents no interests adverse to the Debtors or their

estates, that Robinson Brog is disinterested pursuant to 11 U.S.C. § 101(14), and that its

employment is necessary and would be in the best interests of the Debtors' estates; it is

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that the Debtor is authorized to employ and appoint Robinson Brog,

effective as of March 31, 2022, as attorneys to represent the Debtors in the within proceedings

pursuant to section 327(a)of the Bankruptcy Code to provide, but not limited to, the following

services to the Debtors

    a.    providing advice to the Debtors with respect to its powers and duties under
the Bankruptcy Code in the continued operation of its business and the
management of their property;

    b.    negotiating with creditors of the Debtors, preparing a plan of
reorganization and taking the necessary legal steps to consummate a plan,
including, if necessary, negotiations with respect to financing a plan;

    c.        negotiating with taxing authorities to work out a plan to pay tax claims in installments;

    d.        preparing on the Debtors' behalf necessary applications, motions, answers, replies, discovery requests, forms of orders, reports and other pleadings and legal documents;

    e.        appearing before this Court to protect the interests of the Debtors and their estates, and representing the Debtors in all matters pending before this Court;

    f.        performing all other legal services for the Debtors that may be necessary herein; and

    g.        assisting the Debtors in connection with all aspects of these chapter 11 cases;

and it is further

**ORDERED**, that prior to any increases in Robinson Brog's rates for any individual employed or retained by Robinson Brog and providing services in the Debtors' cases, Robinson Brog shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the United States Trustee and any official committee.  The supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtors have consented to the rate increase.  The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code; and it is further

**ORDERED**, that Robinson Brog shall be compensated for fees and reimbursed for reasonable and necessary expenses and will file interim and final fee applications for allowance of its compensation and expenses in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Amended Guidelines for Fees and

2

Disbursements for Professionals in the Southern District of New York, dated January 29, 2013,

and applicable law.

**IT IS SO ORDERED.**

Dated:  April 18, 2022
        New York, New York

_____/s/ Martin Glenn_____
MARTIN GLENN
Chief United States Bankruptcy Judge

3