| | |
|---|---|
| **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**<br>875 Third Avenue<br>New York, New York 10022<br>Fred B. Ringel<br>Clement Yee<br>*Attorneys for the Debtors and Debtors in Possession* | Hearing Date and Time:<br>May 9, 2022 at 2:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                  Chapter 11

**26 BOWERY LLC** and                          Case No.: 22-10412 (MG) and
**2 BOWERY HOLDING LLC**,                                      22-10413 (MG)
                                                                  (Jointly Administered)

      Debtors.
-------------------------------------------------------X

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE**, that the hearing (the "Hearing") on the Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rules 9016 and 9020 (I) Finding Non-Compliant Parties, Steven Ng and Wilson Ng in Civil Contempt for Their Failure to Comply With This Court's Order for Discovery Under Bankruptcy Rule 2004 and Subpoenas Issued to Them, (II) Directing the Non-Complaint Parties to Immediately Produce Documents and Appear for Examinations, and (III) Finding the Non-Compliant Parties Jointly and Severally Liable to the Estates for payment of the Fees and Expenses Incurred by the Estates for Enforcement and the Rule 2004 Order and Subpoenas, Including Reasonable Attorneys' fees for the Preparation and Prosecution of this Motion [ECF Doc. No. 23] ("Motion") has been adjourned from May 2, 2022 at 11:00 a.m. to **May 9, 2022 at 2:00 p.m.**

{01148950.DOC;1 }

**PLEASE TAKE FURTHER NOTICE**, that the Hearing shall take place via the Court's Zoom videoconferencing platform and the Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4:00 p.m. the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn . After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Motion, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, with a copy to Chambers, provided, however, that pursuant to *general order* No. 399 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www. nysb.uscourts.gov, and served so as to be received by attorneys for the Debtors, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, New York, New York 10022, Attention: Fred B.

Ringel, and the United States Trustee's Office, Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attention: Greg Zipes, Esq., no later than **Friday, May 6, 2022 at 2:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that the hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

**DATED:** New York, New York
May 2, 2022

                                                                                    ROBINSON BROG LEINWAND GREENE
                                                                                    GENOVESE & GLUCK P.C.
                                                                                    **Attorneys for Debtors**
                                                                                    875 Third Avenue, 9th Floor
                                                                                    New York, New York 10022
                                                                                    Tel. No.: 212-603-6300

                                                                                    By:   /s/ Fred B. Ringel
                                                                                           **Fred B. Ringel**