| | |
|---|---|
| **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**<br>875 Third Avenue<br>New York, New York 10022<br>Fred B. Ringel<br>Clement Yee<br>*Attorneys for the Debtors and Debtors in Possession* | Hearing Date and Time:<br>May 12, 2022 at 2:00 p.m. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

In re:

**26 BOWERY LLC** and
**2 BOWERY HOLDING LLC**,

                Debtors.
---------------------------------------------------------X

Chapter 11

Case No.:  22-10412 (MG) and
             22-10413 (MG)
(Jointly Administered)

## NOTICE OF IN COURT HEARING

**PLEASE TAKE NOTICE**, that the continued hearing on Debtor's Motion for Entry of an Order Pursuant to Bankruptcy Rules 9016 and 9020 (I) Finding Non-Compliant Parties, Steven Ng and Wilson Ng in Civil Contempt for Their Failure to Comply With This Court's Order for Discovery Under Bankruptcy Rule 2004 and Subpoenas Issued to Them, (II) Directing the Non-Compliant Parties to Immediately Produce Documents and Appear for Examinations, and (III) Finding the Non-Compliant Parties Jointly and Severally Liable to the Estates for Payment of Fees and Expenses Incurred by the Estates for Enforcement of the Rule 2004 Order and Subpoenas, Including Reasonable Attorney's Fees for the Preparation and Prosecution of this Motion (ECF Doc. No. 23) will be an **IN COURT** hearing before the **Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004,**

{01150120.DOC;1 }

**Courtroom 523 on May 12, 2022 at 2:00 p.m.**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE**, that the Court's General Order M-587 regarding Coronavirus/Covid-19 Pandemic Restrictions on Entry Into Courthouses is annexed to this notice.

**DATED:**  New York, New York
May 11, 2022

                                       **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
                                       **Attorneys for the Debtors**
                                       875 Third Avenue, 9th Floor
                                       New York, New York  10022
                                       (212) 603-6309

                                       **By  /s/ Fred B. Ringel**
                                              **Fred B. Ringel**