UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Superseding General Orders M-540, |
| | : | M-542, M-561, M-565, M-569, |
| CORONAVIRUS/COVID-19 PANDEMIC | : | M-570, M-571, M-573, M-574, |
| RESTRICTIONS ON ENTRY INTO | : | M-576, and M-583 |
| COURTHOUSES | : | |

---------------------------------------------------------------X    General Order M-587

  In the interest of public health and safety, and after consideration of public health guidelines issued by the Centers for Disease Control and Prevention, New York State, New York City, Westchester County, and other public health authorities, the United States Bankruptcy Court for the Southern District of New York orders that, effective immediately and until this Order is rescinded or superseded,

  IT IS HEREBY ORDERED that any person who has tested positive for COVID-19, or been told by a healthcare provider to assume they have COVID-19 due to symptoms or other factors, in the past 10 days, must abide by the Court's protocols set forth in the memorandum titled COVID-19 Protocols Following Positive Diagnosis, Symptoms or Exposure to COVID-19, which can be found on the District Court's website at https://www.nysd.uscourts.gov/covid-19-coronavirus.

  IT IS HEREBY ORDERED that any person who has experienced symptoms of COVID-19 in the past 10 days, including fever, cough, shortness of breath or difficulty breathing, extreme fatigue, nausea or vomiting, congestion or runny nose, muscle or body aches, headache, sore throat, new loss of taste or smell, and diarrhea, must abide by the Court's protocols set forth in the memorandum titled COVID-19 Protocols Following Positive Diagnosis, Symptoms or Exposure to COVID-19, which can be found on the District Court's website at https://www.nysd.uscourts.gov/covid-19-coronavirus.

  IT IS HEREBY ORDERED that any person who has been in close contact with anyone with COVID-19 in the past 14 days must abide by the Court's protocols set forth in the memorandum titled COVID-19 Protocols Following Positive Diagnosis, Symptoms or Exposure to COVID-19, which can be found on the District Court's website at https://www.nysd.uscourts.gov/covid-19-coronavirus.

  IT IS HEREBY ORDERED that any person who has been in close contact with anyone with symptoms of COVID-19 in the past 14 days must abide by the Court's protocols set forth in the memorandum titled COVID-19 Protocols Following Positive Diagnosis, Symptoms or Exposure to COVID-19, which can be found on the District Court's website at https://www.nysd.uscourts.gov/covid-19-coronavirus.

  IT IS HEREBY ORDERED that any person who has traveled in the past 10 days must abide by the protocols that are set forth in the memorandum titled COVID-19 Protocols

Following Travel, which can be found on the District Court's website at https://www.nysd.uscourts.gov/covid-19-coronavirus.

IT IS HEREBY ORDERED that the following persons may not enter any courthouse in the Southern District of New York, unless they have been diagnosed with COVID-19 in the past 90 days:

- Unvaccinated persons who have been on a cruise ship or river voyage in the past 10 days.

- Unvaccinated persons who have attended an indoor gathering of more than 50 people at a private residence in the past 14 days including but not limited to parties, celebrations or other social events.

- Unvaccinated persons who have been released from a federal, state or local jail, prison or other correctional institution within the last 14 days.

- Persons who do not meet the criteria for entry as determined by the SDNY COVID-19 entry questionnaire, which can be accessed at https://www.nysd.uscourts.gov/covid-19-coronavirus.

*Fully vaccinated is defined as being 2 or more weeks after the final dose (*e.g.*, first for Janssen/Johnson & Johnson, second for Pfizer and Moderna) of a vaccine approved by the FDA or authorized by the FDA for emergency use. Vaccines that are not authorized by the FDA for emergency use or approved by the FDA do not satisfy this definition.

**Anyone attempting to enter in violation of these protocols will be denied entry by a Court Security Officer.**

Anyone who has business in one of the courthouses but who cannot enter because of this Order should do the following:

- Persons who are represented by an attorney should contact their attorney;

- Attorneys or pro se litigants who are scheduled to appear in court before a Judge should contact that Judge's chambers directly;[1]

- Employees reporting to work at the courthouse should contact their supervisor; and

- Persons having any other business with the Court should contact the Clerk's office at (212) 284-4040.

---

[1] It should be noted that, pursuant to General Order M-543, the majority of hearings during the pandemic are being conducted remotely.

IT IS FURTHER ORDERED that every visitor who comes to one of the courthouses for any reason must pass through the following entry screening process:

- Answer screening questions about COVID-19 vaccination status, COVID-19 symptoms and potential exposure. A person whose answers indicate that they are at increased risk of being contagious with COVID-19 will not be permitted to enter the courthouse.

- Wear an N95, KN95 or KF94 mask that covers the person's nose and mouth. Bandanas, gaiters, masks with valves, surgical masks and cloth masks are not permitted. If a person does not have an approved mask, a screener will provide one.

- Apply hand sanitizer, which will be available at all courthouse entrances.

IT IS FURTHER ORDERED that while in the courthouse, all persons must comply with the following rules:

- **Face Coverings:** For masking rules specific to participants in courtroom proceedings, please see the document titled COVID Courtroom Protocols on the [District Court's website](). In all other public areas of the courthouse (including courtroom galleries, hallways, public counters, and elevators) all persons must wear an N95, KN95 or KF94 mask that covers their nose and mouth. Individuals are not required to wear a mask if they are in a closed space not generally accessible by members of the public (*e.g.*, judicial chambers, robing rooms, conference rooms, gym), and they either (i) work in the courthouse; or (ii) have been given permission to remove their mask by a judicial officer or the Clerk of Court. These rules apply unless a specific exception has been requested and approved by the Clerk of Court prior to an individual's entry to the courthouse.

- **Social Distancing:** Individuals are generally not required to maintain any specific distance from others around them.

- **Instructional Signage:** You must abide by all health and hygiene signage throughout the courthouses, including signage regarding masks, social distancing, occupancy restrictions, and hand washing.

- **Judge's Discretion for In-Person Court Proceedings:** Notwithstanding the above, the judge retains discretion to impose greater restrictions on a case-by-case basis in any in-person court proceeding. Any participant who cannot participate in person at the proceeding as a result of the imposition of such restriction may participate via remote means.

Anyone who fails or refuses to abide by these rules will be required to leave the courthouse immediately.

This Order supersedes and replaces prior General Orders M-540, M-542, M-561, M-565, M-569, M-570, M-571, M-573, M-574, M-576, and M-583 and will remain in place until further notice.

Persons who think they may have been exposed to COVID-19 should contact their healthcare provider immediately.

Dated: May 5, 2022
      New York, NY                        /s/ Martin Glenn
                                                 MARTIN GLENN
                                     Chief United States Bankruptcy Judge