ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
Fred B. Ringel, Esq.
Clement Yee, Esq.
*Attorneys for the Debtors and Debtors*
 *In Possession*

-------------------------------------------------------X

In re:

**26 BOWERY LLC and**
**2 BOWERY HOLDING LLC,**

                            Debtors.

Chapter 11
Case Nos.: 22-10412 (MG and
         22-10413 (MG)
(Jointly Administered)

-------------------------------------------------------X

# CERTIFICATE OF SERVICE

**Nathanael F. Meyers** hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2. On the **11th day** of **May, 2022**, I served the Second Application Pursuant To Bankruptcy Rule 1007 For an Order Granting an Extension of Time To File Its Statement of Financial Affairs and Schedules [ECF Doc. No. 31] by e-mail upon: greg.zipes@usdoj.gov, jmoldovan@morrisoncohen.com, dkozlowski@morrisoncohen.com, and thomas@frankfirmpc.com

**Dated:** May 12, 2022

                                                              /s/Nathanael F. Meyers
                                                                Nathanael F. Meyers