| | |
|---|---|
| **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**<br>875 Third Avenue<br>New York, New York 10022<br>Fred B. Ringel<br>Clement Yee<br>*Attorneys for the Debtors and Debtors in Possession* | Status Conference Date and Time:<br>May 24, 2022 at 3:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

**26 BOWERY LLC** and
**2 BOWERY HOLDING LLC**,

            Debtors.
---------------------------------------------------------X

Chapter 11

Case No.:  22-10412 (MG) and
           22-10413 (MG)
(Jointly Administered)

## NOTICE OF RESCHEDULED IN COURT STATUS CONFERENCE

**PLEASE TAKE NOTICE**, that the status conference for the above-captioned chapter 11 cases has been rescheduled from May 25, 2022 at 10:00 a.m. to May 24, 2022 at 3:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that the status conference will be an **IN COURT** status conference before the **Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 523**.

{01150625.DOC;1 }

**PLEASE TAKE FURTHER NOTICE**, that the Court's General Order M-587 regarding Coronavirus/Covid-19 Pandemic Restrictions on Entry Into Courthouses is annexed to this notice.

**DATED:** New York, New York
May 17, 2022

> **ROBINSON BROG LEINWAND GREENE
> GENOVESE & GLUCK P.C.**
> **Attorneys for the Debtors**
> 875 Third Avenue, 9th Floor
> New York, New York 10022
> (212) 603-6309
>
> By  /s/ Fred B. Ringel
>         Fred B. Ringel

{01150625.DOC;1 }