| | |
|---|---|
| **LEECH TISHMAN ROBINSON BROG PLLC**<br>875 Third Avenue<br>New York, New York 10022<br>Fred B. Ringel<br>Clement Yee<br>*Proposed Attorneys for the Debtors and Debtors in Possession* | <u>Hearing Date and Time:</u><br>**July 5, 2022 at 2:00 p.m.** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

In re:

**26 BOWERY LLC** and
**2 BOWERY HOLDING LLC**,

                     Debtors.
---------------------------------------------------------X

Chapter 11

Case No.:  22-10412 (MG) and
              22-10413 (MG)
(Jointly Administered)

## NOTICE OF ADJOURNMENT OF IN COURT HEARING

**PLEASE TAKE NOTICE**, that the hearing on Debtor's Motion for Entry of an Order Pursuant to Bankruptcy Rules 9016 and 9020 (I) Finding Non-Compliant Parties, Steven Ng and Wilson Ng in Civil Contempt for Their Failure to Comply With This Court's Order for Discovery Under Bankruptcy Rule 2004 and Subpoenas Issued to Them, (II) Directing the Non-Compliant Parties to Immediately Produce Documents and Appear for Examinations, and (III) Finding the Non-Compliant Parties Jointly and Severally Liable to the Estates for Payment of Fees and Expenses Incurred by the Estates for Enforcement of the Rule 2004 Order and Subpoenas, Including Reasonable Attorney's Fees for the Preparation and Prosecution of this Motion (ECF Doc. No. 23) has been adjourned from June 22, 2022 at 2:00 p.m. to July 5, 2022 at 2:00 p.m.

{01154162.DOC;1 }

PLEASE TAKE FURTHER NOTICE, that the hearing will be an **IN COURT** hearing before the **Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 523**.

PLEASE TAKE FURTHER NOTICE, any party appearing at the hearing, must make an electronic appearance, on eCourtAppearance, by using the eCourtAppearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn by **4:00 p.m. on July 1, 2022.**

PLEASE TAKE FURTHER NOTICE, that the Court's General Order M-587 regarding Coronavirus/Covid-19 Pandemic Restrictions on Entry Into Courthouses is annexed to this notice.

DATED:   New York, New York
              June 16, 2022

                                          **LEECH TISHMAN ROBINSON BROG PLLC**
                                          **Proposed Attorneys for the Debtors**
                                          875 Third Avenue, 9th Floor
                                          New York, New York  10022
                                          (212) 603-6309

                                          By  /s/ Fred B. Ringel_____
                                              Fred B. Ringel

{01154162.DOC;1 }