**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:

26 BOWERY LLC and
2 BOWERY HOLDING LLC,

      Debtors.
-----------------------------------------------------------X

Chapter 11

Case No.:  22-10412 (MG) and
     22-10413 (MG)
   (Jointly Administered)

### ORDER EXTENDING EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES WITH RESPECT TO THE DEBTORS' PLAN AND FOR RELATED RELIEF

**UPON** the motion dated July 1, 2022 ("Motion") of 26 Bowery LLC and 2 Bowery Holding LLC (collectively "Debtors") seeking the entry of an order under section 1121 of Title 11 of the United States Code ( "Bankruptcy Code"): (i) extending the Debtors' exclusive right to file a plan of reorganization through and including December 6, 2022; and (ii) if the Debtors file a plan of reorganization before that date, extending the Debtors' right to solicit acceptances for their plan through and including February 6, 2023; and there being due and sufficient notice of the Motion; and it appearing that due and sufficient cause to grant the Motion appearing therefor, it is

   **ORDERED**, that the Motion is granted as set forth herein; and it is further

   **ORDERED**, that the Debtors' exclusive right to file a plan of reorganization under section 1121 of the Bankruptcy Code is extended through and including December 6, 2022 ("Exclusivity Period"); and it is further

   **ORDERED**, that if the Debtors file a plan of reorganization within the time set forth herein, then the Debtors' exclusive right to solicit acceptances for their plan under section

1121(c)(3) of the Bankruptcy Code is extended to February 6, 2023 ("Acceptance Period"); and it is further

**ORDERED**, that the entry of this order is without prejudice to the Debtors' right to seek additional extensions of the Exclusivity Period and Acceptance Period pursuant to section 1121 of the Bankruptcy Code.

**IT IS SO ORDERED.**

Dated: July 20, 2022
      New York, New York

                                         **/s/ Martin Glenn**
                                       MARTIN GLENN
                             Chief United States Bankruptcy Judge