UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

**26 BOWERY LLC and**
**2 BOWERY HOLDING LLC**,

　　　　　Debtors.
---------------------------------------------------------X

Chapter 11

Case No.:  22-10412 (MG) and
　　　　　　 22-10413 (MG)
　　　　(Jointly Administered)

### ORDER GRANTING APPLICATION FOR INTERIM ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the First Interim Application of Leech Tishman Robinson Brog, PLLC ("LTRB") as Attorneys for the Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for the Period May 16, 2022 Through September 30, 2022 (ECF Doc No. 113) ("Application"); and notice of the hearing on the Application having been given to all creditors as required by the applicable Federal Rules of Bankruptcy Procedure and proof of service of the notice of the hearing on the Application having been filed with the Court (ECF Doc. No. 114); and a hearing ("Hearing") having been hold on November 16, 2022; and LTRB having appeared in support of the Application; and such other parties whose identities are reflected in the record of the hearing having appeared and been heard with respect thereto; and the Court having duly considered the arguments of counsel as reflected in the record of the Hearing; and due and sufficient cause appearing therefor, it is hereby

**ORDERED,** that the Application is hereby granted on an interim basis to the extent set forth in Schedule "A" attached hereto; and it is further

**ORDERED,** that the Debtors are hereby authorized to pay the fees awarded by this Court as set forth in Column (7) and expenses as set forth in column (9) of Schedule "A" annexed hereto.

**IT IS SO ORDERED:**

Dated: November 18, 2022
      New York, New York

                                        **/s/ Martin Glenn**
                                        MARTIN GLENN
                            Chief United States Bankruptcy Judge

# SCHEDULE A

CASE NUMBER:       22-10412 (MG) (jointly administered)
CASE NAME:         26 BOWERY LLC AND 2 BOWERY HOLDING LLC
CURRENT FEE PERIOD:  May 16, 2022 through September 30, 2022

| (1) Applicant | (2) Date/Doc. Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period[1] | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release)[2] | (7) Total Fees to be Paid for Current Period | (8) Interim Expenses Requested | (9) Total Expenses to be Paid for Current Period |
|---|---|---|---|---|---|---|---|---|
| Leech Tishman Robinson Brog, PLLC (Counsel to the Debtors) | 10/18/22 ECF No. 113 | 26 Bowery LLC: $114,851.00<br><br>2 Bowery Holding LLC: $102,162.50<br><br>Total: $217,013.50 | 26 Bowery LLC: $114,851.00<br><br>2 Bowery Holding LLC: $102,162.50<br><br>Total: $217,013.50 | 26 Bowery LLC: $6,172.80<br><br>2 Bowery Holding LLC: $5,454.35<br><br>Total: $11,627.15 | 26 Bowery LLC: $11,485.10<br><br>2 Bowery Holding LLC: $10,216.25<br><br>Total: $21,701.35 | 26 Bowery LLC: $17,657.90<br><br>2 Bowery Holding LLC: $15,670.60<br><br>Total: $33,328.50 | 26 Bowery LLC: $3,458.94<br><br>2 Bowery Holding LLC: $2,122.13<br><br>Total: $5,581.07 | 26 Bowery LLC: $1,112.86[3]<br><br>2 Bowery Holding LLC: $0.00[4]<br><br>Total: $1,112.86 |

SCHEDULE A         DATE: 11/18/2022         INITIALS: M.G. USBJ

---

1. Net amount due after payment of $161,984.00 for fees paid pursuant to Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses of Professionals ("Monthly Compensation Order").
2. Reflects reduction in holdback to ten (10%) percent for this interim fee application.
3. Net amount due after payment of $2,346.08 for expenses paid pursuant to Monthly Compensation Order.
4. Net amount due after payment of $2,122.13 in expenses paid pursuant to Monthly Compensation Order.