B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 26 Bowery LLC | ) | Case No. 22-10412 (MG) |
| *Debtor* | ) | |
| | ) | |
| | ) | BC 23,0012 |

**JUDGMENT**

The court has ordered that:

Megne Yong is ordered to pay to Brian Ryniker, in his capacity as Independent Manager of the Debtors' chapter 11 estates the sum of $9,500.00 representing the fine of $500.00 per day from May 30, 2023 through June 19, 2023, the date on which Megne Yong appeared for her Rule 2004 examination.

Hailey Ng a/k/a Hailey May Ng is ordered to pay to Brian Ryniker, in his capacity as Independent Manager of the Debtors' chapter 11 estates the sum of $7,000.00 representing the fine of $500.00 per day from May 30, 2023 through June 14, 2023, the date on which Hailey Ng a/k/a Hailey May Ng appeared for her Rule 2004 examination.

Cody Ng a/k/a Cody Jonathan Ng is ordered to pay to Brian Ryniker, in his capacity as Independent Manager of the Debtors' chapter 11 estates the sum of $8,000.00 representing the fine of $500.00 per day from May 30, 2023 through June 16, 2023, the date on which Cody Ng a/k/a Cody Jonathan Ng appeared for his Rule 2004 examination.

Mimin Yong a/k/a Mimin Ng is ordered to pay to Brian Ryniker, in his capacity as Independent Manager of the Debtors' chapter 11 estates the sum of $7,000.00 representing the fine of $500.00 per day from May 30, 2023 through June 14, 2023, the date on which Mimin Yong a/k/a Mimin Ng appeared for her Rule 2004 examination.

Anna Kam and Barbara Mak a/k/a Wai Yuk Barbara Mak are ordered to pay to Brian Ryniker, in his capacity as Independent Manager of the Debtors' chapter 11 estates the sum of $10,000.00 representing their fine of $500.00 per day from May 30, 2023 through June 19, 2023 and then $500.00 for each day from June 19, 2023 through the date the Debtors file a Certification of Compliance that Anna Kam and Barbara Mak a/k/a Wai Yuk Barbara Mak appeared for and were examined for their Rule 2004 examinations.

Megne Yong, William Ng, Hailey Ng a/k/a Hailey May Ng, Jenny Ng a/k/a Xuezhen Li, Anna Kam, Barbara Mak a/k/a Wai Yuk Barbara Mak, Cody Ng a/k/a Cody Jonathan Ng, and Mimin Yong a/k/a Mimin Ng are jointly and severally ordered to pay Brian Ryniker,

in his capacity as Independent Manager of the Debtors' chapter 11 estates the Debtors' legal fees and costs in the amount of $54,651.50 in legal fees and $8,170.00 in expenses for a total of $62,821.70, plus interest at the federal post-judgment rate at set forth in 28 U.S.C. § 1961(a), plus reasonable legal fees incurred by the Debtors in enforcing this Judgment, less any amounts received under this provision, all for which execution shall issue immediately.

Date:  June 22, 2023                                        Vito Genna
                                                                               Clerk of Court


                                                                              /s/ Anatin Rouzeau
                                                                               Deputy Clerk