UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>26 BOWERY LLC and<br>2 BOWERY HOLDING LLC,<br><br>*Debtor In Possession.* | Chapter 11<br><br>Case No.: 22-10412 (MG) and<br>22-10413 (MG)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1.  I, Gary O. Ravert, am not a party to the above-captioned action, am over 18 years of age, and reside in Queens, New York.

2.  On July 26, 2023, by the means and as indicated below, I served each of the entities or people on the attached Service List below in the manner indicated therein with a true and correct copy the *FEE STATEMENT OF RAVERT PLLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2023 TO JUNE 30, 2023* [Docket No. 299] served in the above-captioned case on behalf of the Ravert PLLC.

Dated:  July 26, 2023                           RAVERT PLLC
        New York, New York
                                                By: /s/Gary O. Ravert

**Service List (Fee Statement via Email and ECF)**
Brian Ryniker Brian@RKC.LLC
Fred Ringel fringel@leechtishman.com
Lauren De Lotto ldelotto@dfcounsel.com
Thomas Frank (attorney to Steven and Wilson Ng) < thomas@frankfirmpc.com, ecf-nysb-
    5180911803858944@inbound.docketalarm.com >  (EFC Only)
Nickolas Karavolas <nkaravolas@phillipslytle.com>, < ddrons@phillipslytle.com > (ECF Only)
David Kozlowski < dkozlowski@morrisoncohen.com >
Joseph T. Moldovan" <jmoldovan@morrisoncohen.com>
Clement Yee < cyee@leechtishman.com >
Greg Zipes <Greg.Zipes@usdoj.gov>