| | |
|---|---|
| **THE FRANK LAW FIRM P.C.**<br>*Counsel to Steven Ng and Wilson Ng*<br>333 Glen Head Road, Suite 145<br>Old Brookville, New York 11545<br>P: (516) 246-5577<br>F: (516) 246-5597<br>Thomas J. Frank, Esq.<br>thomas@frankfirmpc.com | Hearing Date: August 17, 2023<br>Time: 10:00 a.m.<br><br>Objection Due Date: August 10, 2023 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:                                                                                       Chapter 11

26 BOWERY LLC AND                                                        Case No.:
2 BOWERY HOLDING LLC,
                                                                                                   22-10412 (MG) and
                                                                                                   22-10413 (MG)
                              Debtors.                                                 (jointly administered)
------------------------------------------------------------------X

## NOTICE OF APPLICATION OF THE FRANK LAW FIRM P.C. TO WITHDRAW AS COUNSEL FOR STEVEN NG AND WILSON NG

**PLEASE TAKE NOTICE**, that on **August 17, 2023 at 10:00 a.m.**, a hearing (the "Hearing") will be conducted before the Honorable Martin Glenn, United States Bankruptcy Judge, Southern District of New York, on the application (the "Application") of The Frank Law Firm P.C. (the "Firm"), seeking the entry of an order authorizing the Firm to be relieved as counsel of record to Steven Ng and Wilson Ng.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Bankruptcy Rule 9006-1 for the Southern District of New York, answering papers and memoranda of law, if any, must be filed with the Court and served upon the undersigned so as to be received by the undersigned no later than August 10, 2023 at 4:00 p.m.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be conducted via Zoom for Government. All Hearing participants must register with eCourt Appearances by 4:00 p.m. the business day before the Hearing. eCourt Appearances registration is required by attorneys and non-attorneys. You may register for eCourt Appearances by using the eCourt Appearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.

**Dated: July 30, 2023**
      **Old Brookville, New York**

                                      **THE FRANK LAW FIRM P.C.**
                                      *Attorneys for Steven Ng and Wilson Ng*

                                      By:  */s/Thomas J. Frank*
                                              Thomas J. Frank, Esq.
                                      333 Glen Head Road, Suite 145
                                      Old Brookville, New York 11545
                                      P:   (516) 246-5577
                                      F:   (516) 246-5597 (For court use only)
                                      Em: thomas@frankfirmpc.com