**LEECH TISHMAN ROBINSON BROG, PLLC**
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Steven B. Eichel
Clement Yee
*Attorneys for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

**26 BOWERY LLC and
2 BOWERY HOLDING LLC**,

                    Debtors.
-------------------------------------------------------X

Chapter 11

Case No.: 22-10412 (MG) and
             22-10413 (MG)
(Jointly Administered)

## FEE STATEMENT OF
## LEECH TISHMAN ROBINSON BROG, PLLC FOR
## COMPENSATION FOR SERVICES AND REIMBURSEMENT
## OF EXPENSES AS ATTORNEYS FOR THE DEBTORS FOR JULY 2023

| | |
|---|---|
| **Name of Applicant:** | Leech Tishman Robinson Borg PLLC ("LTRB") |
| **Retained to Provide Professional Services to:** | 26 Bowery LLC ("26 Bowery") <br> 2 Bowery Holdings LLC ("2 Bowery") |
| **Date of Retention:** | May 31, 2022 (ECF Doc. 40), effective as of May 16, 2022 |
| **Period for Which Compensation and Reimbursement is Sought:** | July 2023 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | 26 Bowery:   $12,662.00 <br> 2 Bowery:   $14,146.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | 26 Bowery:   $204.62 <br> 2 Bowery:   $169.65 |

This statement is the fee statement ("Fee Statement") of LTRB, counsel to 26 Bowery and 2 Bowery (together, "Debtors") in the above-captioned cases, for the month of July 2023 ("Fee Period"), filed pursuant to the *Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses of Professionals* (ECF Doc. 67) ("Monthly Compensation Order"). LTRB hereby requests: (a) payment of compensation in the amount of (i) $12,662.00 from 26 Bowery and (ii) $14,146.50 from 2 Bowery for the Fee Period; and (b) reimbursement of actual and necessary costs and expenses in the amount of (i) $204.62 from 26 Bowery and (ii) $169.65 from 2 Bowery incurred by LTRB during the Fee Period in connection with these cases. Attached as **Exhibit A** hereto are redacted contemporaneously maintained time entries for each professional who provided services during the Fee Period in increments of tenths (1/10) of an hour, which includes an itemization and description of the costs and expenses incurred by LTRB during the Fee Period.

Further, included within this Fee Statement is a recapitulation of the time spent by individual professionals, setting forth the name of each individual who provided services during the Fee Period, their respective billing rates, and the aggregate hours expended by each individual.

Pursuant to LTRB's customary billing practices, professionals, paraprofessionals and/or staff members maintain records of their billed time for services rendered in connection with the Debtors' chapter 11 cases. Thereafter, the aggregate time billed by each professional, paraprofessional and/or staff member is

multiplied by their respective billing rates. The disbursements consist of an itemized list all expenses actually incurred by LTRB in connection with its representation of the Debtors including for this period, express delivery and other overnight delivery costs, transcript costs and other expenses incurred as a result of LTRB's representation of the Debtors. There may be disbursements that were incurred during the Fee Period that are not reflected in this Fee Statement, but will appear in the next monthly fee statement because of delays in posting of disbursements, particularly those relating to third-party vendors.

### Notice and Objection Deadline

Pursuant to the Monthly Compensation Order, LTRB has filed and served this Fee Statement by overnight delivery to (a) counsel to Double Bowery Funding LLC, Morrison Cohen LLP, 909 Third Avenue, 27th Floor, New York, New York 10022, Attn: Joseph T. Moldovan; and (b) the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004, Attn: Greg Zipes (collectively, (a)-(b) are referred to as "Notice Parties"). The Notice Parties will have **fourteen (14) days after receipt of a Monthly Fee Statement** ("Objection Deadline") to review the Fee Statements and, in the event that a Notice Party has an objection to the compensation or reimbursement sought in the Fee Statement, serve upon the Retained Professional whose statement is objected to and the Notice Parties, a written "Notice of Objection to Fee Statement" setting forth the nature of the objection and the amount of fees or expenses at issue. At the expiration of the Objection Deadline, the Debtors shall

promptly pay 80% of the undisputed fees and 100% of the undisputed expenses identified in each Fee Statement to which no objection has been served in accordance with the Monthly Compensation Order. If an objection is filed, the Debtors shall not pay the fees and/or expenses to which the objection is directed and the objection shall be resolved in accordance with the Monthly Compensation Order.

**WHEREFORE**, pursuant to the Monthly Compensation Order, LTRB requests: (a) compensation in the aggregate amount of $21,446.80 (which constitutes 80% of $26,808.50) on account of reasonable and necessary professional services rendered to the Debtors by LTRB; and (b) reimbursement of actual and necessary costs and expenses in the aggregate amount of $374.27 for a total payment of $21,821.07.

**Dated:** New York, New York
August 4, 2023

Respectfully submitted,

By: /s/ Fred B. Ringel
**Fred B. Ringel**
**Leech Tishman Robinson Brog PLLC**
875 Third Avenue, 9th Floor
New York, New York 10022
Telephone No.: 212-603-6300

*Counsel for the Debtors*

4890-6420-4149, v. 1



## Invoice

Firm Headquarters
525 William Penn Place
28th Floor
Pittsburgh PA 15219

July 31, 2023
Invoice # 0
Matter # 104511-0000

26 Bowery, LLC
Bryan Ryniker
C/O RK Consultants
156 Dubois Avenue
Sea Cliff, NY 11579

Re: Chapter 11 Bankruptcy

**Professional Fees**

| | | | Hours | Amount |
|---|---|---|---|---|
| <u>B002</u> | <u>Business Operations</u> | | | |
| 07/06/2023 | FBR | Email to David K. suggesting adjourning meeting until Gary returned. | 0.20 | 160.00 |
| | | | 0.20 | $160.00 |
| <u>B003</u> | <u>Case Administration</u> | | | |
| 07/05/2023 | CKY | Revise invoices | 0.10 | 50.50 |
| 07/06/2023 | CKY | Revise invoices and prepare fee statement. | 0.20 | 101.00 |
| 07/06/2023 | NFM | Prepare and electronically file June LTRB Fee Statement. | 0.50 | 125.00 |
| 07/07/2023 | FBR | Re-schedule monthly update call. | 0.20 | 160.00 |
| 07/10/2023 | CKY | Correspond with B. Ryniker regarding operating reports. | 0.10 | 50.50 |
| 07/11/2023 | NFM | Prepare and electronically file April Operating Report. | 0.80 | 200.00 |
| 07/12/2023 | NFM | Send Operating Report to Judge and UST. | 0.30 | 75.00 |
| 07/13/2023 | CKY | Correspond with chambers regarding in person hearing. | 0.20 | 101.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/13/2023 | NFM | Prepare and send Fee App docs to F. Ringel for upcoming Hearing (.2); prepare and electronically file Notice of In Person Hearing for Fees (.3). | 0.50 | 125.00 |
| 07/14/2023 | CKY | Telephone conference with chambers regarding contempt hearing. | 0.10 | 50.50 |
| 07/17/2023 | CKY | Draft notice of in person hearing (.4); address service issues (.1). | 0.50 | 252.50 |
| 07/17/2023 | CKY | Draft fee order. | 0.50 | 252.50 |
| 07/17/2023 | NFM | Order hearing transcript. | 0.10 | 25.00 |
| 07/18/2023 | CKY | Revise fee order and telephone conference with G. Ravert regarding same. | 0.20 | 101.00 |
| 07/18/2023 | NFM | Prepare May and June Operating Reports. | 0.90 | 225.00 |
| 07/19/2023 | CKY | Revise and submit fee order | 0.20 | 101.00 |
| 07/19/2023 | NFM | Retrieve Omnibus Fee Order off PACER and send to F. Ringel and C. Yee. | 0.10 | 25.00 |
| 07/24/2023 | FBR | Email to Gary about the Agenda for July 30 | 0.20 | 160.00 |
| 07/25/2023 | CKY | Review operating report. | 0.10 | 50.50 |
| 07/25/2023 | NFM | Electronically file 2 Monthly Operating Reports (.3); send out copies of same to Judge and UST (.2); review and distribute 7-17 Hearing Transcript to F. Ringel and C. Yee (.1). | 0.70 | 175.00 |
| 07/26/2023 | NFM | Sign up F. Ringel and C. Yee for upcoming hearings (.2); update calendar (.2). | 0.40 | 100.00 |
| 07/28/2023 | FBR | Email to Brian regarding payment of interim fees in July. | 0.20 | 160.00 |
| 07/31/2023 | NFM | Order hearing transcript. | 0.10 | 25.00 |

|  |  |  | 7.20 | $2,691.00 |
|---|---|---|---|---|
| B007 | Litigation |  |  |  |
| 07/07/2023 | CKY | Correspond with G. Ravert regarding Anna Kam. | 0.10 | 50.50 |
| 07/11/2023 | FBR | Review correspondence from G. Ravert regarding call from Glenn Romano regarding concerns about offer from Barbara Mak and Anna Kam regarding 2004 examination. | 0.40 | 320.00 |
| 07/13/2023 | CKY | Zoom conference with professionals regarding upcoming hearing (.6); telephone conference with G. Ravert and L. DeLotto regarding same (.1). | 0.70 | 353.50 |
| 07/13/2023 | FBR | Discuss hearing for Monday July 17th | 0.90 | 720.00 |
| 07/13/2023 | NFM | Prepare and send Arrest documents to F. Ringel for upcoming hearing (.2); prepare and send contempt documents to F. Ringel for upcoming hearing (.5); sign up client to attend upcoming hearing (.1). | 0.80 | 200.00 |
| 07/14/2023 | FBR | Review proposed complaints. | 0.70 | 560.00 |
| 07/14/2023 | FBR | Review proposed agenda and suggested changes to Gary. | 0.40 | 320.00 |
| 07/17/2023 | FBR | Preparation for July 17 hearings. | 0.80 | 640.00 |
| 07/17/2023 | FBR | Hearing in person on Fee Application, arrest motion and contempt motion. | 1.50 | 1,200.00 |
| 07/17/2023 | FBR | Review July 31 notice and comment | 0.30 | 240.00 |
| 07/17/2023 | FBR | Review interim fee order. | 0.20 | 160.00 |
| 07/17/2023 | NFM | Electronically file Notice of In Person Hearing (.3); prepare and serve same by first class mail and e-mail (.7). | 1.00 | 250.00 |
| 07/18/2023 | CKY | Telephone conference with professionals regarding next steps. | 0.50 | 252.50 |
| 07/18/2023 | FBR | Conference call with all counsel to determine next steps after hearing yesterday. | 0.50 | 400.00 |

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

26 Bowery, LLC                                                                                                                                            Page: 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/18/2023 | NFM | Prepare and electronically file 2 Certificates of Service for Notice of In Person Hearing. | 0.40 | 100.00 |
| 07/21/2023 | CKY | Correspond with N. Meyers regarding providing Anna Kam with documents and prepare same. | 0.30 | 151.50 |
| 07/21/2023 | NFM | Review e-mail from A. Kam regarding pleadings and forward same to F. Ringel and C. Yee regarding same (.1); organize, prepare and send pleadings to A. Kam as requested (.3). | 0.40 | 100.00 |
| 07/28/2023 | CKY | Correspond with F. Ringel regarding 7.31 hearing. | 0.10 | 50.50 |
| 07/30/2023 | CKY | Telephone conference with G. Ravert, F. Ringel and L. DeLotto regarding prep for hearing. | 0.60 | 303.00 |
| 07/31/2023 | CKY | Attend contempt hearing. | 0.90 | No Charge |
| 07/31/2023 | FBR | Gary update and hearing preparation. | 0.30 | 240.00 |
| 07/31/2023 | FBR | Prepare for hearing | 0.50 | 400.00 |
| 07/31/2023 | FBR | Attend the hearing on arrest motion and motion to realize on multiple contempt issues. | 2.00 | 1,600.00 |
|  |  |  | 14.30 | $8,611.50 |

**B008**    Meetings of Creditors/Status Hearings

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/2023 | CKY | Prepare for and attend hearing. | 0.40 | 202.00 |
| 07/06/2023 | FBR | Correspond with L. DeLotto regarding ejectment hearing. | 0.30 | 240.00 |
| 07/17/2023 | CKY | Prepare for and attend hearing. | 1.50 | 757.50 |
|  |  |  | 2.20 | $1,199.50 |
|  |  | **Total Fees** | 23.90 | $12,662.00 |

Cost/Advances:

Amount

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

26 Bowery, LLC                                                                                                                                  Page: 5

| | |
|---|---:|
| FedEx | 95.17 |
| | **$95.17** |

<u>B012</u>

| | |
|---|---:|
| Nathanael F. Meyers-travel to/fr for service of paper | 2.75 |
| 7/17 Hearing Transcript | 106.70 |
| | **$109.45** |
| **Total Expenses** | **$204.62** |

### Rate Summary

| | | | |
|---|---:|---|---:|
| Nathanael F. Meyers | 7.00 | hours at $ 250.00/hour | 1,750.00 |
| Fred B. Ringel | 9.60 | hours at $ 800.00/hour | 7,680.00 |
| Clement K. Yee | 0.90 | hours at $ 0.00/hour | 0.00 |
| Clement K. Yee | 6.40 | hours at $ 505.00/hour | 3,232.00 |
| Total hours: | 23.90 | | 12,662.00 |

**Total Current Charges**                                                                                                      **$12,866.62**



**Invoice**

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

July 31, 2023
Invoice # 0
Matter # 104512-0000

2 BOWERY LLC
Brian Ryniker
c/o RK Consultants
156 Dubois Avenue
Sea Cliff, NY 11579

Re: Chapter 11 Bankruptcy

**Professional Fees**

| | | | Hours | Amount |
|---|---|---|---|---|
| B002 | Business Operations | | | |
| 07/26/2023 | FBR | Review of HPD correspondence regarding notice. | 0.60 | 480.00 |
| 07/26/2023 | FBR | Call with Dave K. regarding HPD lien | 0.30 | 240.00 |
| 07/27/2023 | FBR | Review of the HPD notice yesterday(.8) email to Brian on next steps regarding repair process(.5) | 1.30 | 1,040.00 |
| | | | 2.20 | $1,760.00 |
| B003 | Case Administration | | | |
| 07/05/2023 | CKY | Revise invoices | 0.10 | 50.50 |
| 07/06/2023 | CKY | Revise invoices. | 0.20 | 101.00 |
| 07/11/2023 | CKY | Review operating report. | 0.20 | 101.00 |
| 07/11/2023 | NFM | Prepare and electronically file April Operating Report. | 0.80 | 200.00 |
| 07/12/2023 | NFM | Send Operating Report to Judge and UST (.2); sign up F. Ringel and C. Yee for upcoming hearing (.1). | 0.30 | 75.00 |

2 Bowery LLC                                                                                                                          Page: 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/13/2023 | CKY | Correspond with chambers regarding in person hearing. | 0.10 | 50.50 |
| 07/13/2023 | CKY | Zoom conference with professionals regarding upcoming hearing (.7); telephone conference with G. Ravert and L. DeLotto regarding same (.1). | 0.80 | 404.00 |
| 07/14/2023 | CKY | Telephone conference with G. Ravert regarding contempt hearing. | 0.10 | 50.50 |
| 07/17/2023 | CKY | Draft notice of in person hearing (.4); address service issues (.1). | 0.50 | 252.50 |
| 07/17/2023 | CKY | Correspond with N. Meyers regarding operating reports. | 0.10 | 50.50 |
| 07/17/2023 | CKY | Draft fee order. | 0.60 | 303.00 |
| 07/17/2023 | NFM | Order hearing transcript. | 0.10 | 25.00 |
| 07/18/2023 | CKY | Revise fee order and telephone conference with L. DeLotto regarding same. | 0.30 | 151.50 |
| 07/18/2023 | CKY | Telephone conference with professionals regarding next steps. | 0.50 | 252.50 |
| 07/18/2023 | NFM | Prepare May and June Operating Reports. | 0.90 | 225.00 |
| 07/19/2023 | CKY | Revise fee order | 0.10 | 50.50 |
| 07/25/2023 | CKY | Review operating report. | 0.10 | 50.50 |
| 07/25/2023 | NFM | Electronically file 2 Monthly Operating Reports (.3); send out copies of same to Judge and UST (.2); review and distribute 7-17 Hearing Transcript to F. Ringel and C. Yee (.1). | 0.70 | 175.00 |
| 07/26/2023 | NFM | Sign up F. Ringel and C. Yee for upcoming hearings (.2); update calendar (.2). | 0.40 | 100.00 |
| 07/31/2023 | CKY | Correspond with F. Ringel regarding exclusivity extension. | 0.10 | 50.50 |
| 07/31/2023 | NFM | Order hearing transcript. | 0.10 | 25.00 |

| 2 Bowery LLC | | | | | Page: 3 |
|---|---|---|---|---|---|
| | | | | 7.10 | $2,744.00 |

| B007 | Litigation | | | |
|---|---|---|---|---|
| 07/06/2023 | CKY | Correspond with G. Ravert regarding default judgment. | 0.10 | 50.50 |
| 07/11/2023 | FBR | Review correspondence from G. Ravert regarding call from Glenn Romano regarding concerns about offer from Barbara Mak and Anna Kam regarding 2004 examination. | 0.20 | 160.00 |
| 07/13/2023 | FBR | Discuss hearing for Monday July 17th. | 0.90 | 720.00 |
| 07/13/2023 | NFM | Prepare and send Arrest documents to F. Ringel for upcoming hearing (.2); prepare and send contempt documents to F. Ringel for upcoming hearing (.5); sign up client to attend upcoming hearing (.1). | 0.80 | 200.00 |
| 07/14/2023 | FBR | Review proposed complaints. | 0.70 | 560.00 |
| 07/17/2023 | FBR | Preparation for July 17 hearings. | 0.80 | 640.00 |
| 07/17/2023 | FBR | Hearing in person Fee Application, arrest motion and contempt motion. | 1.50 | 1,200.00 |
| 07/17/2023 | FBR | Review interim fee order. | 0.20 | 160.00 |
| 07/17/2023 | NFM | Electronically file Notice of In Person Hearing (.3); prepare and serve same by first class mail and e-mail (.7). | 1.00 | 250.00 |
| 07/18/2023 | FBR | Conference call with all counsel to determine next steps after hearing yesterday. | 0.50 | 400.00 |
| 07/18/2023 | NFM | Prepare and electronically file 2 Certificates of Service for Notice of In Person Hearing. | 0.40 | 100.00 |
| 07/21/2023 | NFM | Review e-mail from A. Kam regarding pleadings and forward same to F. Ringel and C. Yee regarding same (.1); organize, prepare and send pleadings to A. Kam as requested (.3). | 0.40 | 100.00 |
| 07/24/2023 | NFM | Retrieve 9 Adversary Complaints and Summons off PACER and save to system (.6); update calendar regarding same (.1). | 0.70 | 175.00 |
| 07/30/2023 | CKY | Telephone conference with G. Ravert, F. Ringel and L. DeLotto | 0.50 | 252.50 |

2 Bowery LLC  Page: 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding prep for hearing. | | |
| 07/30/2023 | CKY | Correspond with counsel to M. Yong regarding hearing. | 0.10 | 50.50 |
| 07/31/2023 | CKY | Attend contempt hearing. | 0.90 | No Charge |
| 07/31/2023 | FBR | Preparation for hearings today. | 1.50 | 1,200.00 |
| 07/31/2023 | FBR | Attend the hearing on arrest motion and contempt motion. | 2.00 | 1,600.00 |
| 07/31/2023 | FBR | Gary update and hearing preparation. | 0.30 | 240.00 |
| 07/31/2023 | FBR | Prepare for hearing. | 0.50 | 400.00 |
| | | | 14.00 | $8,458.50 |
| **B008** | | **Meetings of Creditors/Status Hearings** | | |
| 07/06/2023 | CKY | Prepare for and attend hearing. | 0.30 | 151.50 |
| 07/17/2023 | CKY | Prepare for and attend hearing. | 1.50 | 757.50 |
| | | | 1.80 | $909.00 |
| **B016** | | **Fee Application Review and Preparation** | | |
| 07/06/2023 | NFM | Prepare and electronically file June LTRB Fee Statement. | 0.50 | 125.00 |
| 07/13/2023 | NFM | Prepare and send Fee App docs to F. Ringel for upcoming Hearing (.2); prepare and electronically file Notice of In Person Hearing for Fees (.3). | 0.50 | 125.00 |
| 07/19/2023 | NFM | Retrieve Omnibus Fee Order off PACER and send to F. Ringel and C. Yee. | 0.10 | 25.00 |
| | | | 1.10 | $275.00 |
| | | **Total Fees** | 26.20 | $14,146.50 |

Cost/Advances:

Amount

2 Bowery LLC                                                                                                                     Page: 5

|  |  |
|---|---:|
| 7/17 Hearing Transcript | 106.70 |
|  | $106.70 |

B012

|  |  |
|---|---:|
| FedEx | 60.50 |
| Nathanael F. Meyers-travel to/fr for service of paper | 2.75 |
|  | $63.25 |

| **Total Expenses** | $169.95 |
|---|---:|

### Rate Summary

| Nathanael F. Meyers |  | 7.70 hours at $ 250.00/hour | 1,925.00 |
|---|---|---|---:|
| Fred B. Ringel |  | 11.30 hours at $ 800.00/hour | 9,040.00 |
| Clement K. Yee |  | 0.90 hours at $ 0.00/hour | 0.00 |
| Clement K. Yee |  | 6.30 hours at $ 505.00/hour | 3,181.50 |
|  | Total hours: | 26.20 | 14,146.50 |

| **Total Current Charges** | $14,316.45 |
|---|---:|