LEECH TISHMAN ROBINSON BROG, PLLC
875 Third Avenue, 9th Floor
New York, New York 10022
Fred B. Ringel, Esq.
Steven B. Eichel, Esq.
Clement Yee, Esq.
*Proposed Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

26 BOWERY LLC and
2 BOWERY HOLDING LLC,

             Debtors.
-----------------------------------------------------------X

Chapter 11

Case No.: 22-10412 (MG) and
        22-10413 (MG)
(Jointly Administered)

## CERTIFICATE OF SERVICE

DONALD BRITTON hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Yonkers, New York.

2. On the 4th day of August, 2023, I caused to be served *VIA FEDERAL EXPRESS OR OTHER OVERNIGHT MAIL:*

- *FEE STATEMENT OF LEECH TISHMAN ROBINSON BROG, PLLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR THE DEBTOR FOR JULY 2023* UPON:

JOSEPH T. MOLDOVAN
MORRISON COHEN LLP
909 THIRD AVNEUE, 27TH FLOOR
NEW YORK, NEW YORK 10022

GREG ZIPES
OFFICE OF THE UNITED STATES TRUSTEE
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NEW YORK 10004

by depositing true copies of same enclosed in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the Federal Express Corporation within the State of New York.

Dated: August 7, 2023

/s/ DONALD BRITTON
DONALD BRITTON