**THE FRANK LAW FIRM P.C.**
*Counsel to Steven Ng and Wilson Ng*
333 Glen Head Road, Suite 145
Old Brookville, New York 11545
P: (516) 246-5577
F: (516) 246-5597
thomas@frankfirmpc.com
Thomas J. Frank, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
In re:

26 BOWERY LLC and
2 BOWERY HOLDING LLC,

                                        Debtors.
-----------------------------------------------------------------------------X

Chapter 11

Case No.:
    22-10412 (MG) and
    22-10413 (MG)
    (jointly administered)

## CERTIFICATE OF SERVICE

      I, Thomas J. Frank, certify under penalty of perjury that I am not a party to this action, am over 18 years of age, and am a partner with The Frank Law Firm P.C.

      On July 31, 2023, I served by FedEx Priority Overnight the within document(s) described as:

- **NOTICE OF APPLICATION OF THE FRANK LAW FIRM P.C. TO WITHDRAW AS COUNSEL FOR STEVEN NG AND WILSON NG;**

- **[PROPOSED] ORDER GRANTING THE FRANK LAW FIRM P.C. TO WITHDRAW AS COUNSEL FOR STEVEN NG AND WILSON NG; and**

- **APPLICATION OF THE FRANK LAW FIRM P.C. TO WITHDRAW AS COUNSEL FOR STEVEN NG AND WILSON NG.**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a postage-paid, properly addressed wrapper in an official depository under the exclusive care and custody of Federal Express within the State of New York, County of Nassau.

**TO:**

Wilson Ng
50 Hardscrabble Road
Chester, NY 10918

Steven Ng
26 Bowery, 5th Floor
New York, New York 10013

                              By:    */s/Thomas J. Frank*
                                       Thomas J. Frank