**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>26 BOWERY LLC and<br>2 BOWERY HOLDING LLC,<br><br>*Debtor In Possession.* | Chapter 11<br><br>Case No.:  22-10412 (MG) and<br>22-10413 (MG)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Lauren De Lotto, am not a party to the above-captioned action, am over 18 years of age, and am a member of the law firm De Lotto & Fajardo LLP, with offices in Rhinebeck, New York.

2. On the dates and in the manner set forth below, in the above-captioned case on behalf of Debtors, I served Willian Ng with true and correct copies of the attached ***Ten (10) Day Notice to Cure Tenant's Defaults*** dated July 31, 2023 (the "Cure Notice"):

(a) On July 31, 2023, at approx.. 4:00 p.m., I served the within Ten (10) Day Notice to Cure Tenant's Defaults dated July 31, 2023 (the "Cure Notice"), upon William Ng: by personally delivering a true copy thereof to William Ng: at the courthouse of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY, in courtroom 523 (Judge Martin Glenn), by handing William Ng a true and correct copy thereof.  I know the person I served to be William Ng as I have previously met him, and seen him in court. William Ng also confirmed to me that he was William Ng when I served him.  William Ng is described as: Male, Asian, 60-70 years old, approx. 6 ft. tall, 170-185 lbs., with thinning hair, almost bald.

- 2 -

     (b)    Thereafter, on August 1, 2023, I again served the Cure Notice on William Ng by mail as set forth below:

<u>By Regular First Class Mail and Certified Mail</u> (receipt #7019 1640 0000 3549 3156)
William Ng
2 Bowery (a/k/a 2 Doyers St.)
Second Fl. (apts. 1 and 2)
New York, NY 10013

<u>By Regular First Class Mail and Certified Mail</u> (receipt #7019 1640 0000 3549 3163)
William Ng
2 Bowery (a/k/a 2 Doyers St.)
Apartment 8
New York, NY 10013

Dated: August 1, 2023　　　　　　　　　　　DE LOTTO & FAJARDO LLP
New York, New York

                                                      By: <u>/s/Lauren De Lotto</u>