**THE FRANK LAW FIRM P.C.**
333 Glen Head Road, Suite 145
Old Brookville, New York 11545
P: (516) 246-5577
F: (516) 246-5597
thomas@frankfirmpc.com
Thomas J. Frank, Esq.
*Counsel to Steven Ng and Wilson Ng*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| 26 BOWERY LLC and | ) Case No. 22-10412 (MG) and |
| 2 BOWERY HOLDING LLC, | )             22-10413 (MG) |
| | )             (Jointly Administered) |
| *Debtor In Possession.* | ) |

**CERTIFICATE OF NO OBJECTION PURSUANT TO**
**LOCAL RULE 9072-2 RE: MOTION TO WITHDRAW [DKT 301]**

Pursuant to 28 U.S.C. §1746, Rule 9011 of the Federal Rules of Bankruptcy Procedure, and Rule 9075-2 of the Local Rules of Bankruptcy Procedure for the Southern District of New York, the undersigned hereby certifies that the objection deadline to The Frank Law Firm P.C.'s motion to be relieved as counsel to Steven Ng and Wilson Ng in the above bankruptcy proceedings [Dkt 301] (the "**Motion**") has passed and, as of the date hereof, no party has objected to the relief requested in the Motion or otherwise responded thereto.

1. The Motion, notice thereof ("**Notice**"), and exhibits thereto were filed on July 30, 2023 [Dkt 301].

2. The Motion, Notice and exhibits thereto were served via Federal Express Overnight with tracking on July 31, 2023 [Dkt 311] and show delivered to Wilson Ng and Steven Ng.

3. The Notice of Motion specifically states that the objection deadline was August

1

10, 2023 at 4:00 pm.

      4.      As of the date hereof: (i) no party or otherwise has filed an objection or any other form of response to the Motion, (ii) no party has contacted the undersigned in response to the Motion, (iii) the undersigned not aware of any request made to this Court for an extension of the time to answer the Motion, and (iv) the undersigned is not aware of any request by any party for a hearing.

      5.      Pursuant to LR 9075-2(a), undersigned counsel certifies that this certificate of no objection is filed with the Court not less than forty-eight (48) hours after the expiration of objection deadline.

      6.      Accordingly, The Frank Law Firm P.C. requests that this Court grant the Motion as unopposed.

| | |
|---|---|
| Dated: August 16, 2023<br>Old Brookville, New York | **THE FRANK LAW FIRM P.C.**<br><br>By: /s/Thomas J. Frank<br>Thomas J. Frank<br>333 Glen Head Road, Suite 145<br>Old Brookville, New York 11545<br>P: (516) 246-5577<br>F: (516) 246-5597<br><br>*Counsel to Steven Ng and Wilson Ng* |