UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| 26 BOWERY LLC AND<br>2 BOWERY HOLDING LLC, | Case No.:<br>22-10412 (MG) and<br>22-10413 (MG) |
| Debtors. | (jointly administered) |

------------------------------------------------------------------X

## ORDER GRANTING THE FRANK LAW FIRM P.C. TO WITHDRAW AS COUNSEL FOR STEVEN NG AND WILSON NG

UPON the Application[1] of The Frank Law Firm P.C. (the "Firm"), seeking the entry of an order authorizing the Firm to be relieved as counsel of record to Steven Ng and Wilson Ng (collectively, the "Clients"); and the matter having come on for a hearing before the Court on August 17, 2023, upon proper notice; and Thomas J. Frank, Esq., having appeared on behalf of the Firm; and there being no opposition to the relief sought in the Application, or, said opposition having been withdrawn or otherwise overruled; and the Court, upon due deliberation of the entirety of the record before it, having determined that cause has been established and that the relief sought is appropriate and should be granted; it is hereby

**ORDERED**, that the Application is granted to the extent set forth herein; and it is further

**ORDERED**, that the Firm be, and hereby is, relieved as counsel of record to the Clients; and it is further

**ORDERED**, that the terms and conditions of this Order are immediately effective and enforceable upon its entry.

**IT IS SO ORDERED.**
Dated:  August 16, 2023
            New York, New York

                                                                                    /s/ Martin Glenn
                                                                                    MARTIN GLENN
                                                                    Chief United States Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.