UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

**26 BOWERY LLC and**
**2 BOWERY HOLDING LLC**,

Debtors.

------------------------------------------------------------X

Chapter 11

Case No.:  22-10412 (MG) and
            22-10413 (MG)
(Jointly Administered)

### ORDER EXTENDING EXCLUSIVE RIGHT TO FILE A PLAN OF REORGANIZATION AND TO SOLICIT ACCEPTANCES TO THE DEBTORS' PLAN AND FOR RELATED RELIEF

**UPON** the motion dated August 2, 2023 ("Motion") of **26 Bowery LLC** and **2 Bowery Holding LLC** (collectively "Debtors") seeking the entry of an order under section 1121 of Title 11 of the United States Code ( "Bankruptcy Code"): (i) extending the Debtors' exclusive right to file a plan of reorganization through and including **October 2, 2023;** and (ii) if the Debtors file a plan of reorganization before that date, extending the Debtors' right to solicit acceptances for their plan through and including **November 30, 2023**; and there being due and sufficient notice of the Motion; and it appearing that due and sufficient cause to grant the Motion appearing therefor, it is

**ORDERED,** that the Motion is granted as set forth below; and it is further

**ORDERED**, that the Debtors' exclusive right to file a plan of reorganization under section 1121 of the Bankruptcy Code is extended through and including **October 2, 2023**; and it is further

**ORDERED**, that if the Debtors file a plan of reorganization within the time set forth here, then the Debtors' exclusive right to solicit acceptances for their plan under section 1121(c)(3) of the Bankruptcy Code is extended to **November 30, 2023**.

**IT IS SO ORDERED.**

Dated:   August 17, 2023
            New York, New York

/s/ Martin Glenn
MARTIN GLENN
Chief United States Bankruptcy Judge
