LEECH TISHMAN ROBINSON BROG, PLLC
875 Third Avenue
New York, New York 10022
Fred B. Ringel
Clement Yee
*Attorneys for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

26 BOWERY LLC and
2 BOWERY HOLDING LLC,

       Debtors.

-------------------------------------------------------X

Chapter 11

Case No.: 22-10412 (MG) and
    22-10413 (MG)
(Jointly Administered)

### FEE STATEMENT OF DE LOTTO & FAJARDO LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS LANDLORD TENANT COUNSEL FOR THE DEBTORS FOR JUNE 2023

| | |
|---|---|
| **Name of Applicant:** | De Lotto & Fajardo LLP ("De Lotto") |
| **Retained to Provide Professional Services to:** | 26 Bowery LLC ("26 Bowery") <br> 2 Bowery Holdings LLC ("2 Bowery") |
| **Date of Retention:** | July 13, 2022 (ECF Doc. 64), effective as of June 13, 2022 |
| **Period for Which Compensation and Reimbursement is Sought:** | June 2023 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | 26 Bowery: $2,178.00 <br> 2 Bowery: $1,237.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | 26 Bowery: $14.52 <br> 2 Bowery: $0.00 |

  This statement is the fee statement ("Fee Statement") of De Lotto, landlord tenant counsel to 26 Bowery and 2 Bowery (together, "Debtors") in the above-

captioned cases, for the period of June 2023 ("Fee Period"), filed pursuant to the *Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses of Professionals* (ECF Doc. 67) ("Monthly Compensation Order"). De Lotto hereby requests: (a) payment of compensation in the amount of (i) $2,178.00 from 26 Bowery and (ii) $1,237.50 from 2 Bowery for the Fee Period; and (b) reimbursement of actual and necessary costs and expenses in the amount of (i) $14.52 from 26 Bowery and (ii) $0.00 from 2 Bowery incurred by De Lotto during the Fee Period in connection with these cases. Attached as **Exhibit A** hereto are redacted contemporaneously maintained time entries for each professional who provided services during the Fee Period in increments of tenths (1/10) of an hour, which includes an itemization and description of the costs and expenses incurred by De Lotto during the Fee Period.

Further, included within this Fee Statement is a recapitulation of the time spent by individual professionals, setting forth the name of each individual who provided services during the Fee Period, their respective billing rates, and the aggregate hours expended by each individual.

Pursuant to De Lotto's customary billing practices, professionals, paraprofessionals and/or staff members maintain records of their billed time for services rendered in connection with the Debtors' chapter 11 cases. Thereafter, the aggregate time billed by each professional, paraprofessional and/or staff member is multiplied by their respective billing rates. The disbursements consist of an itemized list all expenses actually incurred by De Lotto in connection with its

representation of the Debtors including for this period, express delivery and other overnight delivery costs, transcript costs and other expenses incurred as a result of De Lotto's representation of the Debtors.  There may be disbursements that were incurred during the Fee Period that are not reflected in this Fee Statement, but will appear in the next monthly fee statement because of delays in posting of disbursements, particularly those relating to third-party vendors.

## Notice and Objection Deadline

Pursuant to the Monthly Compensation Order, De Lotto has filed and served this Fee Statement by overnight delivery to (a) counsel to Double Bowery Funding LLC, Morrison Cohen LLP, 909 Third Avenue, 27th Floor, New York, New York 10022, Attn:  Joseph T. Moldovan and (b) the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Greg Zipes (collectively, (a)-(b) are referred to as "Notice Parties"). The Notice Parties will have **fourteen (14) days after receipt of a Monthly Fee Statement** ("Objection Deadline") to review the Fee Statements and, in the event that a Notice Party has an objection to the compensation or reimbursement sought in the Fee Statement, serve upon the Retained Professional whose statement is objected to and the Notice Parties, a written "Notice of Objection to  Fee Statement" setting forth the nature of the objection and the amount of fees or expenses at issue. At the expiration of the Objection Deadline, the Debtors shall promptly pay 80% of the undisputed fees and 100% of the undisputed expenses identified in each Fee Statement to which no objection has been served in accordance with the

Monthly Compensation Order. If an objection is filed, the Debtors shall not pay the fees and/or expenses to which the objection is directed and the objection shall be resolved in accordance with the Monthly Compensation Order.

**WHEREFORE**, pursuant to the Monthly Compensation Order, De Lotto requests: (a) compensation in the aggregate amount of $2,732.40 (which constitutes 80% of $3,415.50) on account of reasonable and necessary professional services rendered to the Debtors by De Lotto; and (b) reimbursement of actual and necessary costs and expenses in the aggregate amount of $14.52 for a total payment of $2,746.92.

Dated:  New York, New York
        August 22, 2023

                                        Respectfully submitted,

                                        By: /s/ Fred B. Ringel
                                        **Fred B. Ringel**
                                        **Leech Tishman Robinson Brog PLLC**
                                        875 Third Avenue, 9th Floor
                                        New York, New York 10022
                                        Telephone No.: 212-603-6300

                                        *Counsel for the Debtors*

4857-5351-2570, v. 1

**EXHIBIT A**

# DE LOTTO & FAJARDO LLP

Attorneys At Law
4 Reeder Road
Rhinebeck, New York  12572
(917) 887-2439
ldelotto@dfcounsel.com

June 30, 2023

26 Bowery LLC
Brian Ryniker, Manager
c/o RK Consultants
1178 Broadway
3rd Floor #1505
New York, NY 10001

Bill No.  000012
File No. 11207-0000

Re: *Chapter 11 Bankruptcy-26 Bowery LLC*
Professional Services Rendered
For the period June 1, 2023-June 30, 2023

Project Category: Litigation

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/1/2023 | LD | Prepare for, and tel. conf. with professionals re: tenants and next steps (.5); Tel. call with Gary Ravert, Esq-discuss issues raised in call, judgment collection procedure/strategy (.4). | 0.9 | $445.50 |
| 6/6/2023 | LD | Tel. call and emails with G. Ravert re: Cody Ng examination, Mimin Ng and surrender of apartment. | 0.3 | $148.50 |
| 6/7/2023 | LD | Tel. call w G. Ravert-Cody g examination. | 0.2 | $99.00 |
| 6/8/2023 | LD | Tel. calls with Gary Ravert-Mimin Ng-occupancy, possible surrender of apartment. | 0.4 | $198.00 |
| 6/13/2023 | LD | Review and revise draft surrender affidavits for Mimin Ng and Wilson Ng (.8); Tel. calls w G. Ravert re: surrender affidavits contents/language (.6). | 1.4 | $693.00 |
| 6/14/2023 | LD | Tel. call w G. Ravert, discuss 2004 examinations of Mimin Ng, Hailey Ng and Cody Ng, and options for obtaining possession of units. | 0.3 | $148.50 |
| 6/16/2023 | LD | Tel. call w G. Ravert re: Cody Ng examination, apartment surrender-possible terms and strategy. | 0.5 | $247.50 |
| 6/19/2023 | LD | Tel. calls w G. Ravert re: Anna Kam-research and provide relevant documents to G. Ravert. | 0.4 | $198.00 |

TOTAL FEES    $2,178.00

LEGAL SERVICES SUMMARY
  TOTAL FEES:        DE LOTTO, LAUREN    4.4/hrs. x $495.00/hr. = $2,178.00

  TOTAL EXPENSES: 5/13/2023-Postage-Mail Service of Lease
              Nonrenewal Notice-to Mimin Ng              $14.52

**TOTAL THIS BILL**          **$2,192.52**

# DE LOTTO & FAJARDO LLP

Attorneys At Law
4 Reeder Road
Rhinebeck, New York 12572
(917) 887-2439
ldelotto@dfcounsel.com

June 30, 2023

2 Bowery Holding LLC
Brian Ryniker, Manager
c/o RK Consultants
1178 Broadway
3rd Floor #1505
New York, NY 10001

Bill No. 000012
File No. 11206-0000

Re: *Chapter 11 Bankruptcy-2 Bowery Holding LLC*
Professional Services Rendered
For the period June 1, 2023-June 30, 2023

Project Category: Litigation

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/01/2023 | LD | Prepare for, and tel. conf. with professionals re: tenants and next steps (.5); Follow-up tel. call w Gary Ravert, Esq.-discuss issues raised in conf. call, judgment collection procedures and strategy (.3); Tel. calls/emails with G. Ravert re: Apartment 7 issues and strategy (.2). | 1.0 | $495.00 |
| 6/13/2023 | LD | Tel. call w G. Ravert re: Hailey Ng examination and possible apartment surrender. | 0.2 | $99.00 |
| 6/14/2023 | LD | Tel. call w G. Ravert re: 2004 examinations and strategy and obtaining possession of units. | 0.3 | $148.50 |
| 6/19/2023 | LD | Tel. call w G. Ravert-re: Megne Yong vacatur and surrender. | 0.3 | $148.50 |
| 6/20/2023 | LD | Tel. call w G. Ravert re: Megne Yong examination. | 0.2 | $99.00 |
| 6/21/2023 | LD | Review transcript of Jenny Ng's examination. | 0.4 | $198.00 |
| 6/27/2023 | LD | Return Megne Yong's call-left message, calculate M. Yong's contempt fines. | 0.1 | $49.50 |

TOTAL FEES    $1,237.50

LEGAL SERVICES SUMMARY
  TOTAL FEES:        DE LOTTO, LAUREN    2.5/hrs. x $495.00/hr. = $1,237.50

**TOTAL THIS BILL**            **$1,237.50**