LEECH TISHMAN ROBINSON BROG PLLC
875 Third Avenue, 9th Floor
New York, New York 10022
Fred B. Ringel, Esq.
Clement Yee, Esq.
*Attorneys for the Debtors and Debtors
  In Possession*
-------------------------------------------------------X

In re:

**26 BOWERY LLC and
2 BOWERY HOLDING LLC,**

                               Debtors.

Chapter 11
Case Nos.: 22-10412 (MG) and
          22-10413 (MG)
(Jointly Administered)

-------------------------------------------------------X

## CERTIFICATE OF SERVICE

**Nathanael F. Meyers** hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2. On the **22nd day of August, 2023**, I served *via Federal Express Overnight Delivery* true and correct copies of:

• FEE STATEMENT OF DELOTTO & FAJARDO LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS LANDLORD TENANT COUNSEL FOR THE DEBTORS FOR JUNE 2023 [ECF Doc. No. 319]; and

• FEE STATEMENT OF DELOTTO & FAJARDO LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS LANDLORD TENANT COUNSEL FOR THE DEBTORS FOR JULY 2023 [ECF Doc. No. 320] upon:

| | |
|---|---|
| MORRISON COHEN LLP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022<br>ATTN: JOSEPH T. MOLDOVAN, ESQ. | U.S. DEPARTMENT OF JUSTICE<br>OFFICE OF THE U.S. TRUSTEE<br>ONE BOLWING GREEN, ROOM 534<br>NEW YORK, NY 10004<br>ATTN: GREG ZIPES, ESQ. |

4887-4197-4394, v. 1

by depositing true copies of same enclosed in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of Federal Express Corporation within the State of New York.

**Dated:** August 23, 2023

                                              /s/Nathanael F. Meyers
                                              **Nathanael F. Meyers**