**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED
COUNTY CLERK
N.Y. COUNTY
2023 NOV -1  A 11: 26

| | |
|---|---|
| In re:<br><br>26 BOWERY LLC and<br>2 BOWERY HOLDING LLC,<br><br>*Debtor In Possession.* | ) <br>) <br>) Chapter 11<br>) <br>) Case No.: 22-10412 (MG) and<br>)   22-10413 (MG)<br>) (Jointly Administered)<br>) <br>) <br>) <br>) |

## <u>SATISFACTION OF JUDGMENT AGAINST MEGNE YONG</u>

WHEREAS, money judgment, designated JUDGMENT INDEX NUMBER BC 22,0073 ("**December 2022 Judgment**"), was entered in the United States Bankruptcy Court for the Southern District of New York in the above-captioned chapter 11 cases on the 6th day of December, 2022 [Bankruptcy Court Docket No. 148] against Megne Yong, William Ng, Hailey Ng a/k/a Hailey May Ng, Daniella Tam a/k/a Daniella Ho Ching Tam, Jenny Ng a/k/a Xuezhen Li, Anna Kam, Barbara Mak a/k/a Wai Yuk Barbara Mak, Cody Ng a/k/a Cody Jonathan Ng, Mimin Yong a/k/a Mimin Ng, Katherine Lok a/k/a Ka Woo Lok, Steven Ng, Wilson Ng, and Romano & Kuan P.C. (collectively, "**December 2022 Judgment Debtors**") in favor of the above-captioned chapter 11 debtors ("**Chapter 11 Debtors**") in the amount of **(1)** by each December 2022 Judgment Debtor, $100.00 per day for every calendar day beginning on October 29, 2022 and continuing until the Chapter 11 Debtors have filed a certification of substantial compliance with this Court's July 19, 2022 Rule 2004 Order [Bankruptcy Court Docket No. 66] and Contempt Order dated October 25, 2022 [Bankruptcy Court Docket No. 118]; and **(2)** jointly and severally by all December 2022 Judgment Debtors, the sum of $22,377.41 in legal fees and expenses, plus interest at the federal post-judgment rate at set forth in 28 U.S.C. § 1961(a), plus reasonable legal fees incurred by the Debtors in enforcing said Judgment; and

WHEREAS, money judgment, designated JUDGMENT INDEX NUMBER BC 23,0012 ("**June 2023 Judgment**" and with the December 2022 Judgment, the "**Money Judgments**"), was entered in the United States Bankruptcy Court for the Southern District of New York in the above-captioned chapter 11 cases on the 22ᵗʰ day of June, 2023 [Bankruptcy Court Docket No. 264] against Megne Yong, William Ng, Hailey Ng a/k/a Hailey May Ng, Jenny Ng a/k/a Xuezhen Li, Anna Kam, Barbara Mak a/k/a Wai Yuk Barbara Mak, Cody Ng a/k/a Cody Jonathan Ng, and Mimin Yong a/k/a Mimin Ng (collectively, "**June 2023 Judgment Debtors**") in favor of the above-captioned Chapter 11 Debtors in the amount of **(1)** $9,500.00 owed by Megne Yong; and **(2)** jointly and severally by all Judgment Debtors, the sum of $ $62,821.70 in legal fees and expenses, plus interest at the federal post-judgment rate at set forth in 28 U.S.C. § 1961(a), plus reasonable legal fees incurred by the Debtors in enforcing said Judgment; and

Pursuant to New York General Obligations Law § 15–101 et seq., the Debtors by this satisfaction hereby forever release and discharge Megne Yong **solely** as against **Megne Yong** from all of her obligations under such Money Judgments for sum of $10.00 and other consideration the sufficiency of which is hereby acknowledged release of said Money Judgments ("**Megne Yong Release**") with full reservation of rights against all other obligors under the December 2022 Judgment and June 2023 Judgment; and the Debtors hereby certify that there are no outstanding executions against **Megne Yong** with any Sheriff or Marshall;

The obligations of all other Judgment Debtors being unaffected by this Megne Yong Release; and the full amounts of such Judgment, as set forth in such Judgment, being due and owing as of the date hereof less the amount received hereunder;

- 2 -

THEREFORE, a full and complete release of said Judgment **solely as to Megne Yong** is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete release of **Megne Yong** on the docket of said Judgment.

Dated: November 1, 2023
   New York, New York

RAVERT PLLC

By: /s/ Gary O. Ravert
  Gary O. Ravert
  16 Madison Square West, Floor 12, #269
  New York City, NY 10010
  Tel: (646) 961-4770
  Direct Fax: (917) 677-5419

  *Special Litigation Counsel to the Debtors*

## ACKNOWLEDGEMENT

STATE OF NEW YORK)
     ss.:
COUNTY OF QUEENS )

On the 1st day November 2023, Gary O. Ravert before me, the undersigned, a Notary Public in and for said State, personally known to me or proved to me on the basis of satisfactory evidence to be the individual who is subscribed to the with instrument and acknowledged to me that he executed same in his capacity as attorney and an agent of 26 Bowery LLC and 2 Bowery Holding LLC, the Debtors in Possession described herein, and by his signature on the instrument, the individual, or the person upon which the individual acted, executed the instrument.

Dated: November 1st, 2023

_____
Notary Public

AJA N COLON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO6418200
Qualified in Bronx County
My Commission Expires 06-07-2025

- 3 -