**RAVERT PLLC**
Gary O. Ravert
16 Madison Square West, Fl 12, #269
New York, New York 10010
Tel: (646) 961-4770
Fax: (917) 677-5419

*Special Litigation Counsel for Debtors and Debtors In Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>26 BOWERY LLC and<br>2 BOWERY HOLDING LLC,<br><br>*Debtor In Possession*. | Chapter 11<br><br>Case No.:  22-10412 (MG) and<br>22-10413 (MG)<br>(Jointly Administered) |

**FEE STATEMENT OF RAVERT PLLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2024 TO AUGUST 31, 2024**

| | |
|---|---|
| **Name of Applicant:** | Ravert PLLC |
| **Retained to Provide Professional Services to:** | 26 Bowery LLC ("26 Bowery") and 2 Bowery Holdings LLC ("2 Bowery") |
| **Date of Retention:** | August 29, 2022 [ECF No. 93], Effective August 5, 2022 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | August 1, 2024 through August 31, 2024 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary** | 26 Bowery:  $ 792.00<br>2 Bowery:    $ 108.00 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary** | 26 Bowery: $   63.02<br>2 Bowery:  $     0 |

This statement is the fee statement ("Fee Statement") of Ravert PLLC, special litigation counsel to 26 Bowery and 2 Bowery (together, "Debtors") for August 1, 2024 through August 31, 2024, filed with this Court pursuant to the *Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses of Professionals* (ECF Doc. 67) ("Monthly Compensation Order"). Ravert PLLC hereby requests: (a) compensation as allowed by the Monthly Compensation Order in the amount of (i) $792.00 from 26 Bowery and $108.00 from 2 Bowery for the period of August 1, 2024 through August 31, 2024 ("Fee Period"); and (b) reimbursement of actual and necessary costs and expenses as allowed in the Monthly Compensation Order in the amount of (i) $63.02 from 26 Bowery and (ii) $0 from 2 Bowery incurred by Ravert PLLC during the Fee Period in connection with these cases for a total of $900.00 in fees and $63.02 in total expenses of which Ravert PLLC seeks actual payment of $720.00 in aggregate fees (representing 80% of aggregate fees of $900.00) and $63.02 in aggregate expenses. Attached as Exhibit A hereto is for 26 Bowery,[1] redacted as necessary, contemporaneously maintained time entries for each professional who provided services during the Fee Period in increments of tenths (1/10) of an hour, which includes an itemization and description of the costs and expenses incurred by Ravert PLLC during the Fee Period.

**Division of Time**

Where a discreet service is rendered for only one Debtor, that time is reflected in the time records of that specific Debtor. In many cases the services benefit each Debtor equally in which case the time is simply divided equally between the Debtors. A common example of this is strategy conferences, the joint pretrial conferences, single events like general trial prep affecting both Debtors equally, order and judgment entry, drafting letters that address occupants in both buildings and other similar communications which make up a significant portion of the services

---

[1] No time was billed for 2 Bowery. Accordingly, there are time records for that entity and no Exhibit B hereto.

- 2 -

rendered.

Further, included within this Fee Statement is a statement of the total time spent by individual professionals or paraprofessionals, setting forth the name of each individual who provided services during the Fee Period, their respective billing rates, and the aggregate hours expended by each individual.

Pursuant to Ravert PLLC's customary billing practices, professionals and paraprofessionals maintain records of their billed time for services rendered in connection with the Debtors' chapter 11 cases. Thereafter, the aggregate time billed by each professional or paraprofessional is multiplied by their respective billing rates. The disbursements consist of an itemized list all expenses actually incurred by Ravert PLLC in connection with its representation of the Debtors including for this period, including postage and delivery charges and other expenses incurred as a result of Ravert PLLC's representation of the Debtors. There may be disbursements that were incurred during the Fee Period that are not reflected in this Fee Statement or are out of sync with the time period of this Fee Statement, but will appear in another monthly fee statement because of timing of posting of disbursements, particularly those relating to third-party vendors.

**Notice and Objection Deadline**

Pursuant to the Monthly Compensation Order, Ravert PLLC has filed and served this Fee Statement by email delivery to: (a) counsel to the Debtors, Leech Tishman Robinson Brog PLLC, Attn: Fred B. Ringel, 875 Third Avenue, 9th Floor, New York, New York 10022; and overnight delivery to (b) counsel to Double Bowery Funding LLC, Morrison Cohen LLP, 909 Third Avenue, 27th Floor, New York, New York 10022, Attn: Joseph T. Moldovan; and (c) the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1408, Attn: Greg Zipes (collectively, (a)-(c) are referred to as "<u>Notice</u>

Parties"). The Notice Parties will have fourteen (14) days after receipt of a Monthly Fee Statement ("Objection Deadline") to review the Fee Statements and, in the event that a Notice Party has an objection to the compensation or reimbursement sought in the Fee Statement, serve upon the Retained Professional whose statement is objected to and the Notice Parties, a written "Notice of Objection to Fee Statement" setting forth the nature of the objection and the amount of fees or expenses at issue.  The Monthly Compensation Order provides that at the expiration of the Objection Deadline, the Debtors shall promptly pay 80% of the undisputed fees and 100% of the undisputed expenses identified in each Fee Statement to which no objection has been served in accordance with such Monthly Compensation Order.  If an objection is filed, the Debtors shall not pay the fees and/or expenses to which the objection is directed, and the objection shall be resolved in accordance with such Monthly Compensation Order.

**Timekeepers Related to This Fee Statement**

| | | | |
|---|---|---|---|
| 26 Bowery: | GR – Gary O. Ravert: | 2.2 Hours for a Total of | $ 792.00 |
| 2 Bowery: | GR – Gary O. Ravert: | .3 Hours for a Total of | $ 108.00 |
| | Total Hours/Fees | 2.5 Hours | $ 900.00 |

**WHEREFORE**, pursuant to the Monthly Compensation Order, Ravert PLLC requests payment of: $900.00 in fees and $63.02 in total expenses of which Ravert PLLC seeks actual payment of $720.00 in aggregate fees (representing 80% of aggregate fees of $900.00) and $63.02 in aggregate expenses for a total payment of **$783.02**.

                                                            RAVERT PLLC

Dated: September 19, 2024
       New York, New York                         /s/ Gary O. Ravert

- 5 -

By: /s/ Gary O. Ravert  
16 Madison Square West, FL 12, #269  
New York, New York 10010  
Tel: (646) 961-4770  
Fax: (917) 677-5419  
gravert@ravertpllc.com

*Special Litigation Counsel for the Debtors*

# **EXHIBIT A**

# RAVERT PLLC

INVOICE
September 19, 2024

26 Bowery LLC
Brian Ryniker
c/o RK Consultants
156 Dubois Avenue
Sea Cliff, NY 11579

**Services:  In re 26 Bowery LLC, Chapter 11 Case No. 22-10412 (MG) and 2 Bowery Holding LLC, Chapter 11 Case No. 22-10413 (MG) (Jointly Administered) Chapter 11 Proceedings and Related Issues: 8-1-24 though 8-31-24**

**26 Bowery Services**

**Project Category:  Litigation**

| Timekeeper | Date | Description | Hours | Amount |
|---|---|---|---|---|
| GR | 8/21/24 | Telephone call from potential purchaser of 26 Bowery (.1). | .1 | $36.00 |
| GR | 8/22/24 | 26B-8/22/24:  Review email from potential purchaser of 26 Bowery and forward same to team with comments (.1). | .1 | $36.00 |
| GR | 8/27/24 | Prepare and take part in conference call with D. Koslowski regarding plan, 2 Bowery potential purchasers and issues related thereto (.1); telephone call with E. Spitzer regarding 26 Bowery tenant property and related security issues (.3). | .4 | $144.00 |
| GR | 8/28/24 | Remove certain hazardous articles from 26 Bowery prior to showing of property to potential purchasers (2.0, **NOT BILLED**: 1.0, to bill 1.0). | 1.0 | $360.00 |
| GR | 8/29/24 | Prepare for and take part in telephone call with B. Ryniker | .4 | $144.00 |

**RAVERT PLLC** | 16 Madison Square West, Fl 12, #369, New York, New York 10010
Telephone: (646) 961-4770 | Facsimile: (917) 677-5419

| | | | | |
|---|---|---|---|---|
| | | regarding items of concern at 26 Bowery and showing of same to potential purchasers (.4). | | |
| GR | 8/30/24 | Review and respond to email from C. Yee regarding master service list (.1). | .1 | $36.00 |
| GR | 8/31/24 | Review master service list and make additions and deletions thereto (.1). | .1 | $36.00 |
| Totals | | | GR: 2.2 | $792.00 |
| | | | Total: 2.2 | $792.00 |

**Expenses:** $63.02 (Car service from 26 Bowery with bulky items)

**Expenses by Category:**

| *Nature of Expense* | *Amount* |
|---|---|
| Priority Mail Service Charges | $ 0 |
| Copy charges, binders, electronic media | $ 0 |
| Online legal research | $ 0 |
| Certified copies, recording fees, execution fees and supplies, filing fees | $ 0 |
| Deposition and Litigation and Other Travel | $ 63.02 |
| Process Server Charges, witness fees | $ 0 |
| Deposition conference charges/transcripts | $ 0 |
| Total | $ 63.02 |

Unbilled Time: Including the unbilled time above, no less than 1.5 hours of unbilled.

Time per Project Category:
Litigation: GR – Gary O. Ravert:    2.2 Hours for a Total of    $792.00

Total Time Per Timekeeper:
Timekeeper: GR – Gary O. Ravert:    2.2 Hours for a Total of    $792.00

**BILL SUMMARY**

**Total Fees:**    $ 792.00
**Total Expenses:** $  63.02
 **Grand Total:**    $ 855.02
Less Retainer:        (0.00)
**Amount Due:**    $ 855.02

**Payment Info:  Please make payment via or wire, Zelle, or ACH.  Specific payment instructions to be provided by separate communication.**

# **EXHIBIT B**

# RAVERT PLLC

**INVOICE**
September 19, 2024

2 Bowery Holding LLC
Brian Ryniker
c/o RK Consultants
156 Dubois Avenue
Sea Cliff, NY 11579

**Services:** In re 26 Bowery LLC, Chapter 11 Case No. 22-10412 (MG) and 2 Bowery Holding LLC, Chapter 11 Case No. 22-10413 (MG) (Jointly Administered) <u>Chapter 11 Proceedings and Related Issues: 8-1-24 though 8-31-24</u>

**2 Bowery Services**

**Project Category: Litigation**

| Timekeeper | Date | Description | Hours | Amount |
|---|---|---|---|---|
| GR | 8/27/24 | Prepare and take part in conference call with D. Koslowski regarding plan, 2 Bowery potential purchasers and issues related thereto (.1). | .1 | $36.00 |
| GR | 8/30/24 | Review and respond to email from C. Yee regarding master service list (**NOT BILLED**). | 0.0 | $0 |
| GR | 8/31/24 | Review master service list and make additions and deletions thereto (.2). | .2 | $72.00 |
| Totals | | | GR: .3<br>Total: .3 | $108.00<br>$108.00 |

**Expenses:** $0

**Expenses by Category:**

| Nature of Expense | Amount |
|---|---|
| Priority Mail Service Charges | $0 |
| Copy charges, binders, electronic media | $0 |
| Online legal research | $0 |
| Certified copies, recording fees, execution fees and supplies, filing fees | $0 |

**RAVERT PLLC** | 16 Madison Square West, Fl 12, #369, New York, New York 10010

Telephone: (646) 961-4770 | Facsimile: (917) 677-5419

| | |
|---|---|
| Deposition and Litigation Travel | $0 |
| Process Server Charges, witness fees | $0 |
| Deposition conference charges/transcripts | $0 |
| Total | $0 |

**Unbilled hours:** Including the unbilled time above, no less than .5 hours of unbilled time

Time per Project Category:
Litigation: GR – Gary O. Ravert:     0.3 Hours for a Total of     $108.00

Total Time Per Timekeeper:
Timekeeper: GR – Gary O. Ravert:     0.3 Hours for a Total of     $108.00

**BILL SUMMARY**

|  |  |
|---|---|
| **Total Fees:** | $ 108.00 |
| **Total Expenses:** | $    0 |
| **Grand Total:** | $ 108.00 |
| Less Retainer: | (0.00) |
| **Amount Due:** | $ 108.00 |

**Payment Info:  Please make payment via or wire, Zelle, or ACH.  Specific payment instructions to be provided by separate communication.**