**LEECH TISHMAN ROBINSON BROG, PLLC**
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, New York 10017
Clement Yee
*Attorneys for Debtors and Debtors in*
*Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                    Chapter 11

**26 BOWERY LLC and**                      Case No.:  22-10412 (MG) and
**2 BOWERY HOLDING LLC**,                            22-10413 (MG)
                                                              (Jointly Administered)

                              Debtors.

---------------------------------------------------------X

FEE STATEMENT OF
LEECH TISHMAN ROBINSON BROG, PLLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AS ATTORNEYS FOR THE DEBTORS FOR SEPTEMBER 2024

| | |
|---|---|
| **Name of Applicant:** | Leech Tishman Robinson Borg PLLC ("LTRB") |
| **Retained to Provide Professional Services  to:** | 26 Bowery LLC ("26 Bowery") 2 Bowery Holdings LLC ("2 Bowery") |
| **Date of Retention:** | May 31, 2022 (ECF Doc. 40), effective as of May 16, 2022 |
| **Period for Which Compensation and Reimbursement is Sought:** | September 2024 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | 26 Bowery:  $8,844.00 2 Bowery:   $5,832.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | 26 Bowery:  $868.70 2 Bowery:   $38.73 |

This statement is the fee statement ("Fee Statement") of LTRB, counsel to 26

4875-5654-6285, v. 1

Bowery and 2 Bowery (together, "Debtors") in the above-captioned cases, for the

month of September 2024("Fee Period"), filed pursuant to the *Order Establishing*

*Procedures for Monthly and Interim Compensation and Reimbursement of*

*Expenses of Professionals* (ECF Doc. 67) ("Monthly Compensation Order").  LTRB

hereby requests: (a) payment of compensation in the amount of (i) $8,844.00 from 26

Bowery and (ii) $5,832.50 from 2 Bowery for the Fee Period; and (b) reimbursement

of actual and necessary costs and expenses in the amount of (i) $868.70 from 26

Bowery and (ii) $38.73 from 2 Bowery incurred by LTRB during the Fee Period in

connection with these cases.  Attached as **Exhibit A** hereto are redacted

contemporaneously maintained time entries for each professional who provided

services during the Fee Period in increments of tenths (1/10) of an hour, which

includes an itemization and description of the costs and expenses incurred by LTRB

during the Fee Period.

Further, included within this Fee Statement is a recapitulation of the time

spent by individual professionals, setting forth the name of each individual who

provided services during the Fee Period, their respective billing rates, and the

aggregate hours expended by each individual.

Pursuant to LTRB's customary billing practices, professionals,

paraprofessionals and/or staff members maintain records of their billed time for

services rendered in connection with the Debtors' chapter 11 cases.  Thereafter, the

aggregate time billed by each professional, paraprofessional and/or staff member is

multiplied by their respective billing rates.  The disbursements consist of an

4875-5654-6285, v. 1

itemized list all expenses actually incurred by LTRB in connection with its representation of the Debtors including for this period, express delivery and other overnight delivery costs, transcript costs and other expenses incurred as a result of LTRB's representation of the Debtors. There may be disbursements that were incurred during the Fee Period that are not reflected in this Fee Statement, but will appear in the next monthly fee statement because of delays in posting of disbursements, particularly those relating to third-party vendors.

<u>Notice and Objection Deadline</u>

Pursuant to the Monthly Compensation Order, LTRB has filed and served this Fee Statement by overnight delivery to (a) counsel to Double Bowery Funding LLC, Morrison Cohen LLP, 909 Third Avenue, 27th Floor, New York, New York 10022, Attn: Joseph T. Moldovan; and (b) the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004, Attn: Greg Zipes (collectively, (a)-(b) are referred to as "<u>Notice Parties</u>"). The Notice Parties will have **<u>fourteen (14) days after receipt of a Monthly Fee Statement</u>** ("<u>Objection Deadline</u>") to review the Fee Statements and, in the event that a Notice Party has an objection to the compensation or reimbursement sought in the Fee Statement, serve upon the Retained Professional whose statement is objected to and the Notice Parties, a written "Notice of Objection to Fee Statement" setting forth the nature of the objection and the amount of fees or expenses at issue. At the expiration of the Objection Deadline, the Debtors shall promptly pay 80% of the undisputed fees and 100% of the undisputed expenses

4875-5654-6285, v. 1

identified in each Fee Statement to which no objection has been served in accordance with the Monthly Compensation Order. If an objection is filed, the Debtors shall not pay the fees and/or expenses to which the objection is directed and the objection shall be resolved in accordance with the Monthly Compensation Order.

WHEREFORE, pursuant to the Monthly Compensation Order, LTRB requests: (a) compensation in the aggregate amount of $11,741.20 (which constitutes 80% of $14,676.50) on account of reasonable and necessary professional services rendered to the Debtors by LTRB; and (b) reimbursement of actual and necessary costs and expenses in the aggregate amount of $907.43 for a total payment of $12,648.63.

Dated:  New York, New York
        October 7, 2024

Respectfully submitted,

By: /s/ Clement Yee
**Clement Yee**
**Leech Tishman Robinson Brog PLLC**
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, New York 10017
Telephone No.:  212-603-6300

*Counsel for the Debtors*

# EXHIBIT A



**Invoice**

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

October 4, 2024

Invoice # 332245
Matter # 104511-0000

26 Bowery, LLC
Bryan Ryniker
C/O RK Consultants
156 Dubois Avenue
Sea Cliff, NY 11579

*Re: Chapter 11 Bankruptcy*

**Professional Fees**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **B001** | | **Asset Disposition** | | |
| 09/03/2024 | CKY | Correspond with chambers regarding bid procedures motion (.1); revise motion to shorten (.1); correspond with N. Meyers and G. Ravert regarding service issues (.2). | 0.40 | 210.00 |
| 09/03/2024 | CKY | Review form of Asset Purchase Agreement (.5); revise same (.2). | 0.70 | 367.50 |
| 09/04/2024 | CKY | Revise bid procedures (.2); revise motion to shorten regarding motion to approve same (.2); revise and submit order shortening time (.2). | 0.60 | 315.00 |
| 09/04/2024 | NFM | Review bid procedures sale order (.1); prepare for service of Motion for Bid Procedure Order and Order to Shorten Time for same (.5); electronically file Bid Procedures Motion and Motion to Shorten Time (.6). | 1.20 | 330.00 |
| 09/12/2024 | CKY | Telephone conference with G. Corbin regarding marketing property. | 0.20 | 105.00 |
| 09/12/2024 | CKY | Submit Bid Procedures Order. | 0.10 | 52.50 |
| 09/16/2024 | CKY | Correspond with broker regarding bid deadlines and auction dates. | 0.10 | 52.50 |

26 Bowery, LLC                                                                    Page: 2

|  |  |  | 3.30 | $1,432.50 |
|---|---|---|---|---|

**B003**        Case Administration

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/2024 | NFM | Revise service lists. | 0.40 | 110.00 |
| 09/04/2024 | CKY | Telephone conference with chambers regarding hearing dates. | 0.10 | 52.50 |
| 09/05/2024 | NFM | Electronically file Certificate of Service for Sale pleadings (.2); sign up F. Ringel and C. Yee for upcoming hearing (.1). | 0.30 | 82.50 |
| 09/09/2024 | CKY | Review invoices (.1); prepare LTRB Fee Statement (.1). | 0.20 | 105.00 |
| 09/09/2024 | NFM | Electronically file LTRB Aug Fee Statement and DeLotto July Fee Statement (.3); serve same (.2). | 0.50 | 137.50 |
| 09/10/2024 | NFM | Sign up client for upcoming hearing (.1); prepare documents for C. Yee for upcoming hearing (.3); draft certificate of service for Fee Statements (.1). | 0.50 | 137.50 |
| 09/11/2024 | NFM | Electronically file COS for Fee Statements. | 0.10 | 27.50 |
| 09/12/2024 | CKY | Draft Omnibus Fee Order. | 0.30 | 157.50 |
| 09/13/2024 | CKY | Revise Fee Order. | 0.10 | 52.50 |
| 09/13/2024 | LASZ | Discussion with C. Yee regarding submitting Scheduling Order and solicitation materials/scheduling/noticing in the event of entry of Scheduling Order. | 0.20 | 127.00 |
| 09/13/2024 | NFM | Retrieve Bid Procedures Order off PACER and distribute to F. Ringel and C. Yee (.1); update calendar (.2); serve Bid Procedures Order (.7). | 1.00 | 275.00 |
| 09/17/2024 | NFM | Electronically file Certificate of Service for Bid Procedures Order. | 0.20 | 55.00 |

|  |  |  | 3.90 | $1,319.50 |
|---|---|---|---|---|

**PITTSBURGH, PA  | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM**

26 Bowery, LLC                                                                                           Page: 3

B008            Meetings of Creditors/Status Hearings

| 09/11/2024 | CKY | Prepare for hearing | 0.80 | 420.00 |
| 09/12/2024 | CKY | Prepare for and attend hearing. | 0.60 | 315.00 |
| | | | 1.40 | $735.00 |

B009            Plan and Disclosure Statement

| 09/08/2024 | CKY | Revise Combined Hearing Motion (.2); draft Ballots (.5); correspond with F. Ringel regarding Plan (.2). | 0.80 | 420.00 |
| 09/09/2024 | CKY | Revise Plan and Disclosure Statement (.4); correspond with B. Ryinker and D. Kozlowski regarding same (.2). | 0.60 | 315.00 |
| 09/09/2024 | CKY | Draft Notification of Non-Voting Status. | 0.30 | 157.50 |
| 09/09/2024 | FBR | Review of Disclosure Statement | 1.70 | 1,419.50 |
| 09/09/2024 | FBR | Review of Plan. | 1.00 | 835.00 |
| 09/10/2024 | CKY | Correspond with F. Ringel regarding Plan and Disclosure Statement (.1); finalize Plan and Disclosure Statement for filing (.3); finalize Combined Hearing Motion for filing (.2); correspond with chambers regarding combined hearing (.1). | 0.70 | 367.50 |
| 09/10/2024 | NFM | Electronically file Plan, Disclosure Statement and Combined Motion. | 0.80 | 220.00 |
| 09/12/2024 | CKY | Telephone conference with F. Ringel regarding confirmation issues. | 0.10 | 52.50 |
| 09/13/2024 | CKY | Correspond with D. Kozlowski regarding confirmation issues (.1); correspond with chambers regarding confirmation hearing (.1); revise solicitation materials (.6). | 0.80 | 420.00 |
| 09/16/2024 | CKY | Submit Scheduling Order. | 0.20 | 105.00 |
| 09/17/2024 | NFM | Retrieve Combined Plan Scheduling Order off PACER and send to F. Ringel and C. Yee (.1); update calendar for new Plan dates (.1); electronically file Solicitation Plan with Redline (.4); electronically file Solicitation Disclosure Statement with Redline (.4). | 1.00 | 275.00 |

**PITTSBURGH, PA  | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM**

26 Bowery, LLC                                                                                                    Page: 4

| 09/19/2024 | NFM | Review and revise Solicitation documents. | 0.30 | 82.50 |
| 09/20/2024 | NFM | Prepare solicitation documents for upcoming service. | 0.50 | 137.50 |
| 09/23/2024 | NFM | Review service labels for upcoming Solicitation. | 0.50 | 137.50 |
| 09/24/2024 | NFM | Prepare and serve Amended Scheduling Order, Plan, Disclosure Statement and Ballots. | 1.00 | 275.00 |
| 09/25/2024 | NFM | Draft Certificate of Service for Solicitation materials (.3); electronically file same (.2). | 0.50 | 137.50 |
| | | | 10.80 | $5,357.00 |
| **Total Fees** | | | 19.40 | $8,844.00 |

Cost/Advances:

| | Amount |
| --- | --- |
| FedEx | 868.70 |
| | $868.70 |
| **Total Expenses** | $868.70 |

### Rate Summary

| | | | |
| --- | --- | --- | --- |
| Nathanael F. Meyers | 8.80 | hours at $ 275.00/hour | 2,420.00 |
| Fred B. Ringel | 2.70 | hours at $ 835.00/hour | 2,254.50 |
| Lori A. Schwartz | 0.20 | hours at $ 635.00/hour | 127.00 |
| Clement K. Yee | 7.70 | hours at $ 525.00/hour | 4,042.50 |
| Total hours: | 19.40 | | 8,844.00 |

**Total Current Charges**                                                                       $9,712.70



| | **Firm Headquarters** |
|---|---|
| | 525 William Penn Place |
| | 28th Floor |
| | Pittsburgh PA 15219 |

**Invoice**

October 4, 2024
Invoice # 332246
Matter # 104512-0000

2 BOWERY LLC
Brian Ryniker
c/o RK Consultants
156 Dubois Avenue
Sea Cliff, NY 11579

*Re: Chapter 11 Bankruptcy*

**Professional Fees**

| | | | Hours | Amount |
|---|---|---|---|---|
| **B001** | | **Asset Disposition** | | |
| 09/03/2024 | CKY | Correspond with chambers regarding Bid Procedures Motion (.1); revise Motion to Shorten (.1); correspond with N. Meyers and G. Ravert regarding service issues (.2). | 0.40 | 210.00 |
| 09/04/2024 | NFM | Review bid procedures sale order (.1); prepare for service of Motion for Bid Procedure Order and Order to Shorten Time for same (.5); electronically file Bid Procedures Motion and Motion to Shorten Time (.6). | 1.20 | 330.00 |
| 09/04/2024 | CKY | Revise bid procedures (.2); revise motion to shorten regarding motion to approve same (.1); revise and submit order shortening time (.2); correspond with N. Meyers regarding service of order shortening time (.1). | 0.60 | 315.00 |
| 09/12/2024 | CKY | Telephone conference with G. Corbin regarding marketing property. | 0.10 | 52.50 |
| 09/12/2024 | CKY | Submit Bid Procedures Order. | 0.10 | 52.50 |
| 09/13/2024 | CKY | Correspond with G. Corbin regarding bid procedures. | 0.10 | 52.50 |
| 09/16/2024 | CKY | Correspond with broker regarding bid deadlines and auction dates. | 0.10 | 52.50 |

2 Bowery LLC                                                                                   Page: 2

| 09/18/2024 | TEK | Review contract | 0.30 | 157.50 |
|---|---|---|---|---|
| | | | 2.90 | $1,222.50 |

**B003**        **Case Administration**

| 09/03/2024 | NFM | Revise service lists. | 0.40 | 110.00 |
|---|---|---|---|---|
| 09/05/2024 | NFM | Electronically file Certificate of Service for Sale pleadings (.2); sign up F. Ringel and C. Yee for upcoming hearing (.1). | 0.30 | 82.50 |
| 09/09/2024 | NFM | Electronically file LTRB Aug Fee Statement and DeLotto July Fee Statement (.3); serve same (.2). | 0.50 | 137.50 |
| 09/09/2024 | CKY | Review invoices (.1); prepare DeLotto Fee Statement (.1). | 0.20 | 105.00 |
| 09/10/2024 | NFM | Sign up client for upcoming hearing (.1); prepare documents for C. Yee for upcoming hearing (.3); draft certificate of service for Fee Statements (.1). | 0.50 | 137.50 |
| 09/11/2024 | NFM | Electronically file COS for Fee Statements. | 0.10 | 27.50 |
| 09/12/2024 | CKY | Draft Omnibus Fee Order. | 0.20 | 105.00 |
| 09/13/2024 | NFM | Retrieve Bid Procedures Order off PACER and distribute to F. Ringel and C. Yee (.1); update calendar (.2); serve Bid Procedures Order (.7). | 1.00 | 275.00 |
| 09/16/2024 | CKY | Submit fee order | 0.10 | 52.50 |
| 09/17/2024 | NFM | Electronically file Certificate of Service for Bid Procedures Order. | 0.20 | 55.00 |
| | | | 3.50 | $1,087.50 |

**B008**        **Meetings of Creditors/Status Hearings**

| 09/11/2024 | CKY | Prepare for hearing. | 0.70 | 367.50 |
|---|---|---|---|---|
| 09/12/2024 | CKY | Prepare for and attend hearing. | 0.50 | 262.50 |

PITTSBURGH, PA  | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

2 Bowery LLC

Page: 3

|  |  |  | 1.20 | $630.00 |
|---|---|---|---|---|

B009      Plan and Disclosure Statement

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/2024 | CKY | Correspond with D. Kozlowski regarding confirmation issues (.1); correspond with chambers regarding confirmation hearing (.1); revise solicitation materials (.6). | 0.80 | 420.00 |
| 09/08/2024 | CKY | Revise Combined Hearing Motion (.2); draft Ballots (.5). | 0.70 | 367.50 |
| 09/09/2024 | CKY | Revise Plan and Disclosure Statement (.4); correspond with B. Ryinker and D. Kozlowski regarding same (.1). | 0.50 | 262.50 |
| 09/10/2024 | NFM | Electronically file Plan, Disclosure Statement and Combined Motion. | 0.80 | 220.00 |
| 09/10/2024 | CKY | Correspond with F. Ringel regarding Plan and Disclosure Statement (.1); finalize Plan and Disclosure Statement for filing (.3); finalize Combined Hearing Motion for filing (.2); correspond with chambers regarding combined hearing (.1). | 0.70 | 367.50 |
| 09/12/2024 | CKY | Telephone conference with F. Ringel regarding confirmation issues. | 0.10 | 52.50 |
| 09/17/2024 | NFM | Retrieve Combined Plan Scheduling Order off PACER and send to F. Ringel and C. Yee (.1); update calendar for new Plan dates (.1); electronically file Solicitation Plan with Redline (.4); electronically file Solicitation Disclosure Statement with Redline (.4). | 1.00 | 275.00 |
| 09/17/2024 | CKY | Correspond with N. Meyers regarding solicitation. | 0.10 | 52.50 |
| 09/19/2024 | NFM | Review and revise Solicitation documents. | 0.30 | 82.50 |
| 09/20/2024 | NFM | Prepare solicitation documents for upcoming service. | 0.50 | 137.50 |
| 09/23/2024 | NFM | Review service labels for upcoming Solicitation. | 0.50 | 137.50 |
| 09/24/2024 | NFM | Prepare and serve Amended Scheduling Order, Plan, Disclosure Statement and Ballots. | 1.00 | 275.00 |

PITTSBURGH, PA  | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

2 Bowery LLC

Page: 4

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 09/25/2024 | NFM | Draft Certificate of Service for Solicitation materials (.3); electronically file same (.2). | 0.50 | 137.50 |
| 09/25/2024 | CKY | Review leases to be assumed. | 0.20 | 105.00 |
| | | | 7.70 | $2,892.50 |

**Total Fees** 15.30 $5,832.50

Cost/Advances:

| | Amount |
|---|--------|
| FedEx | 38.73 |
| | $38.73 |

**Total Expenses** $38.73

### Rate Summary

| | | | |
|---|---|---|---|
| Thomas E. Kass | 0.30 | hours at $ 525.00/hour | 157.50 |
| Nathanael F. Meyers | 8.80 | hours at $ 275.00/hour | 2,420.00 |
| Clement K. Yee | 6.20 | hours at $ 525.00/hour | 3,255.00 |
| Total hours: | 15.30 | | 5,832.50 |

**Total Current Charges** $5,871.23

**PITTSBURGH, PA  | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM**