LEECH TISHMAN ROBINSON BROG, PLLC
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, New York 10017
Clement Yee
*Attorneys for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

**26 BOWERY LLC and
2 BOWERY HOLDING LLC**,

                      Debtors.

------------------------------------------------------------X

Chapter 11

Case No.: 22-10412 (MG) and
          22-10413 (MG)
(Jointly Administered)

# FEE STATEMENT OF
# LEECH TISHMAN ROBINSON BROG, PLLC FOR
# COMPENSATION FOR SERVICES AND REIMBURSEMENT
# OF EXPENSES AS ATTORNEYS FOR THE DEBTORS FOR NOVEMBER 2024

| | |
|---|---|
| **Name of Applicant:** | Leech Tishman Robinson Borg PLLC ("LTRB") |
| **Retained to Provide Professional Services to:** | 26 Bowery LLC ("26 Bowery") <br> 2 Bowery Holdings LLC ("2 Bowery") |
| **Date of Retention:** | May 31, 2022 (ECF Doc. 40), effective as of May 16, 2022 |
| **Period for Which Compensation and Reimbursement is Sought:** | November 2024 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | 26 Bowery: $16,902.00 <br> 2 Bowery: $19,666.00 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | 26 Bowery: $408.07 <br> 2 Bowery: $42.69 |

      This statement is the fee statement ("Fee Statement") of LTRB, counsel to 26

Bowery and 2 Bowery (together, "Debtors") in the above-captioned cases, for the month of November 2024 ("Fee Period"), filed pursuant to the *Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses of Professionals* (ECF Doc. 67) ("Monthly Compensation Order"). LTRB hereby requests: (a) payment of compensation in the amount of (i) $16,902.00 from 26 Bowery and (ii) $19,666.00 from 2 Bowery for the Fee Period; and (b) reimbursement of actual and necessary costs and expenses in the amount of (i) $408.07 from 26 Bowery and (ii) $42.69 from 2 Bowery incurred by LTRB during the Fee Period in connection with these cases. Attached as **Exhibit A** hereto are redacted contemporaneously maintained time entries for each professional who provided services during the Fee Period in increments of tenths (1/10) of an hour, which includes an itemization and description of the costs and expenses incurred by LTRB during the Fee Period.

Further, included within this Fee Statement is a recapitulation of the time spent by individual professionals, setting forth the name of each individual who provided services during the Fee Period, their respective billing rates, and the aggregate hours expended by each individual.

Pursuant to LTRB's customary billing practices, professionals, paraprofessionals and/or staff members maintain records of their billed time for services rendered in connection with the Debtors' chapter 11 cases. Thereafter, the aggregate time billed by each professional, paraprofessional and/or staff member is multiplied by their respective billing rates. The disbursements consist of an

itemized list all expenses actually incurred by LTRB in connection with its representation of the Debtors including for this period, express delivery and other overnight delivery costs, transcript costs and other expenses incurred as a result of LTRB's representation of the Debtors. There may be disbursements that were incurred during the Fee Period that are not reflected in this Fee Statement, but will appear in the next monthly fee statement because of delays in posting of disbursements, particularly those relating to third-party vendors.

## Notice and Objection Deadline

Pursuant to the Monthly Compensation Order, LTRB has filed and served this Fee Statement by overnight delivery to (a) counsel to Double Bowery Funding LLC, Morrison Cohen LLP, 909 Third Avenue, 27th Floor, New York, New York 10022, Attn: Joseph T. Moldovan; and (b) the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004, Attn: Greg Zipes (collectively, (a)-(b) are referred to as "Notice Parties"). The Notice Parties will have **fourteen (14) days after receipt of a Monthly Fee Statement** ("Objection Deadline") to review the Fee Statements and, in the event that a Notice Party has an objection to the compensation or reimbursement sought in the Fee Statement, serve upon the Retained Professional whose statement is objected to and the Notice Parties, a written "Notice of Objection to Fee Statement" setting forth the nature of the objection and the amount of fees or expenses at issue. At the expiration of the Objection Deadline, the Debtors shall promptly pay 80% of the undisputed fees and 100% of the undisputed expenses

identified in each Fee Statement to which no objection has been served in accordance with the Monthly Compensation Order. If an objection is filed, the Debtors shall not pay the fees and/or expenses to which the objection is directed and the objection shall be resolved in accordance with the Monthly Compensation Order.

**WHEREFORE**, pursuant to the Monthly Compensation Order, LTRB requests: (a) compensation in the aggregate amount of $29,254.40 (which constitutes 80% of $36,568.00) on account of reasonable and necessary professional services rendered to the Debtors by LTRB; and (b) reimbursement of actual and necessary costs and expenses in the aggregate amount of $450.76 for a total payment of $29,705.16.

**Dated:**  New York, New York
December 10, 2024

                                     Respectfully submitted,

                                     By: /s/ Clement Yee
                                     **Clement Yee**
                                     **Leech Tishman Robinson Brog PLLC**
                                     One Dag Hammarskjöld Plaza
                                     885 Second Avenue, 3rd Floor
                                     New York, New York 10017
                                     Telephone No.:  212-603-6300

                                     *Counsel for the Debtors*

# **EXHIBIT A**

26 Bowery, LLC                                                                                                                          Page: 2

# LEECHTISHMAN
## LEECH TISHMAN FUSCALDO & LAMPL

## Invoice

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

December 10, 2024
Invoice # DRAFT
Matter # 104511-0000

26 Bowery, LLC
Bryan Ryniker
C/O RK Consultants
156 Dubois Avenue
Sea Cliff, NY 11579

**Re: Chapter 11 Bankruptcy**

| Professional Fees | | | | | Hours | Amount |
|---|---|---|---|---|---|---|
| B001 | Asset Disposition | | | | | |
| 11/01/2024 | CKY | 2768044 | | Correspond with broker regarding potential bidder (.3); review revised contract (1.0); telephone conferences with lender regarding potentila bidder (.3) | 1.60 | 840.00 |
| 11/01/2024 | TEK | 2761432 | | Review contract | 0.50 | 262.50 |
| 11/04/2024 | CKY | 2768070 | | Correspondences with potential bidder regarding submitting bid (.9); draft notice of auction (.8). | 1.70 | 892.50 |
| 11/04/2024 | TEK | 2762928 | | Telephone call with C. Yee regarding potential bidder (.1); review contract and contract changes for new bidder (.2) | 0.30 | 157.50 |
| 11/05/2024 | CKY | 2768172 | | Correspond with counsel to potential bidder regarding submitting bid (.3); review revised contract of sale (.3). | 0.70 | 367.50 |
| 11/06/2024 | CKY | 2768196 | | Review revised contract of sale (.6); telephone conferences with counsel regarding same (.3); telephone conferences with broker, lender and B. Ryniker regarding qualifying bid (1.0); attend auction (.4); draft notice of auction (.6). | 2.90 | 1,522.50 |
| 11/07/2024 | LASZ | 2768644 | | Review and revise Notice of Auction Results. | 0.20 | 127.00 |
| 11/13/2024 | CKY | 2778742 | | Correspond with D. Kozlowski regarding closing. | 0.10 | 52.50 |
| | | | | | 8.00 | $4,222.00 |

26 Bowery, LLC          Page: 3

| B002 | | Business Operations | | | | |
|---|---|---|---|---|---|---|
| 11/25/2024 | CKY | 2788971 | Correspond with B. Ryniker regarding budget for rest of case. | | 0.10 | 52.50 |
| | | | | | 0.10 | $52.50 |

| B003 | | Case Administration | | | | |
|---|---|---|---|---|---|---|
| 11/07/2024 | CKY | 2768210 | Review invoices. | | 0.10 | 52.50 |
| 11/12/2024 | CKY | 2774869 | Draft Fee Statement. | | 0.10 | 52.50 |
| 11/12/2024 | CKY | 2775109 | Review Operating Reports. | | 0.20 | 105.00 |
| 11/12/2024 | NFM | 2773674 | Prepare 6 Monthly Operating Reports for e-filing (.5); e-filed 6 Monthly Operating Reports (.2). | | 0.70 | 192.50 |
| 11/12/2024 | NFM | 2773680 | Prepare LTRB October Fee Statement (.2); electronically file same (.1). | | 0.30 | 82.50 |
| 11/13/2024 | NFM | 2784233 | Send out copies of monthly operating report to Judge and US Trustee (.2); draft COS for Monthly Fee Statement (.1); electronically file Certificate of service (.1). | | 0.30 | 82.50 |
| 11/15/2024 | NFM | 2785887 | Draft Certificate of Service for Monthly Fee Statement (.2); electronically file same (.1). | | 0.30 | 82.50 |
| | | | | | 2.00 | $650.00 |

| B009 | | Plan and Disclosure Statement | | | | |
|---|---|---|---|---|---|---|
| 11/01/2024 | LASZ | 2766952 | Conference with C. Yee regarding preparing for confirmation, sale and bid procedures, and Confirmation Declarations. | | 0.40 | 254.00 |
| 11/02/2024 | CKY | 2768060 | Draft confirmation brief. | | 1.40 | 735.00 |
| 11/04/2024 | CKY | 2768082 | Review Corbin declaration in support of confirmation. | | 0.10 | 52.50 |
| 11/04/2024 | CKY | 2768084 | Correspond with D. Kozlowski regarding ballots. | | 0.10 | 52.50 |
| 11/05/2024 | CKY | 2768180 | Draft Declaration in support of confirmation (1.0); draft Confirmation Brief (1.0); telephone conference with D. Kozlowski regarding releases (.1); review Ballots; (.1); telephone conference with D. Kozlowski regarding confirmation issues (.1); draft Ballot Certification (.2). | | 2.50 | 1,312.50 |
| 11/05/2024 | LASZ | 2768979 | Telephone call with C Yee (8x) regarding status of potential bidder, PSA terms, approval, Confirmation documents, Confirmation presentation and feasibility. | | 0.40 | 254.00 |
| 11/05/2024 | LASZ | 2768981 | Assist C. Yee with Confirmation preparation. | | 1.00 | 635.00 |
| 11/06/2024 | CKY | 2768198 | Draft Confirmation Order. | | 1.40 | 735.00 |

| Date | Atty | ID | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/06/2024 | LASZ | 2766954 | Prepare for Confirmation Hearing. | 0.60 | 381.00 |
| 11/06/2024 | LASZ | 2768826 | Prepare for Confirmation Hearing. | 0.80 | 508.00 |
| 11/06/2024 | NFM | 2773635 | Prepare and electronically file Notice of Auction. | 0.40 | 110.00 |
| 11/07/2024 | CKY | 2768204 | Draft Confirmation Order (.5); office conference with L. Schwartz regarding confirmation issues (.1); revise Ryniker Declaration regarding Plan (.6). | 1.20 | 630.00 |
| 11/07/2024 | LASZ | 2768652 | Review and revise Confirmation Declaration. | 0.30 | 190.50 |
| 11/07/2024 | LASZ | 2768654 | Review and revise Confirmation Brief. | 0.70 | 444.50 |
| 11/07/2024 | LASZ | 2768659 | Various calls with C. Yee regarding preparing for Confirmation. | 0.40 | 254.00 |
| 11/07/2024 | NFM | 2774997 | Electronically file Notice of Auction Results (.2); send courtesy copies of same to Judge (.1). | 0.30 | 82.50 |
| 11/08/2024 | CKY | 2768220 | Telephone conference with B. Ryniker regarding confirmation issues. | 0.10 | 52.50 |
| 11/08/2024 | CKY | 2768222 | Draft Confirmation Brief (.7); revise Ryniker Declaration (.3); revise Corbin Declaration (.1); draft Confirmation Order (.6); telephone conference with chambers regarding confirmation (.1). | 1.80 | 945.00 |
| 11/08/2024 | NFM | 2777620 | Prepare Ryniker Declaration, Northgate Declaration for e-filing, Ballot Certification and Confirmation Brief for e-filing (.5); electronically file same (.5); sign up client and broker for upcoming hearing (.1). | 1.10 | 302.50 |
| 11/10/2024 | CKY | 2768040 | Revise Confirmation Order | 0.30 | 157.50 |
| 11/11/2024 | CKY | 2774830 | Revise Confirmation Order (.3); correspond with D. Kozlowski and B. Ryniker regarding same (.1); prepare Ryniker Proffer (.6); prepare for confirmation (1.0). | 2.00 | 1,050.00 |
| 11/11/2024 | LASZ | 2773042 | Review of and comments to Confirmation Order | 0.30 | 190.50 |
| 11/11/2024 | LASZ | 2773044 | Prepare for Confirmation. | 0.50 | 317.50 |
| 11/12/2024 | CKY | 2774857 | Prepare for Confirmation Hearing (.3); revise Confirmation Order (.5); prepare for Confirmation Hearing (.4); attend Confirmation Hearing (.4). | 1.60 | 840.00 |
| 11/12/2024 | LASZ | 2774542 | Telephone call with C. Yee regarding Confirmation Hearing. | 0.10 | 63.50 |
| 11/13/2024 | CKY | 2775123 | Correspond with B. Ryniker and G. Ravert regarding revisions to confirmation order. | 0.10 | 52.50 |
| 11/13/2024 | CKY | 2778732 | Correspond with D. Kozlowski regarding Confirmation Order (.1); revise same (.3); submit Confirmation Order (.1). | 0.50 | 262.50 |

26 Bowery, LLC                                                                                                                              Page: 5

| Date | Atty | Ref | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/13/2024 | CKY | 2778734 | Correspond with D. Kozlowski regarding Confirmation Order (.1); revise same (.4); correspond with United States Trustee regarding same (.1). | 0.60 | 315.00 |
| 11/14/2024 | CKY | 2778750 | Draft Notice of Confirmation Order. | 0.30 | 157.50 |
| 11/14/2024 | NFM | 2784749 | Prepare for service of Notice of Confirmation Order (.4); service Notice of Confirmation Order by mail (.4). | 0.80 | 220.00 |
| 11/20/2024 | CKY | 2782726 | Address closing issues. | 0.10 | 52.50 |
| 11/21/2024 | CKY | 2783549 | Telephone conference with D. Kozlowsi regarding closing issues. | 0.10 | 52.50 |
| 11/22/2024 | CKY | 2783565 | Telephone conference with B. Ryniker regarding closing extension. | 0.10 | 52.50 |
|  |  |  |  | 22.40 | $11,715.00 |

B016  Fee Application Review and Preparation

| Date | Atty | Ref | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2024 | CKY | 2778766 | Prepare Fee Application. | 0.30 | 157.50 |
| 11/15/2024 | CKY | 2778779 | Prepare Fee Application. | 0.20 | 105.00 |
|  |  |  |  | 0.50 | $262.50 |

**Total Fees:**                                                                                                            33.00        $16,902.00

### Rate Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Thomas E. Kass | 0.80 | hours at $ 525.00/hour | 420.00 |
| Nathanael F. Meyers | 4.20 | hours at $ 275.00/hour | 1,155.00 |
| Lori A. Schwartz | 5.70 | hours at $ 635.00/hour | 3,619.50 |
| Clement K. Yee | 22.30 | hours at $ 525.00/hour | 11,707.50 |
| **Total hours:** | **33.00** |  | **16,902.00** |

**Expenses:**                                                                                                                              Amount

| Date | Description | Amount |
|---|---|---|
| 10/22/2024 | FedEx | 37.62 |
|  |  | $37.62 |

B003

| Date | Description | Amount |
|---|---|---|
| 11/08/2024 | Avant Business Services | 26.80 |
| 11/21/2024 | Veritext Legal Solutions - Invoice for 26 Bowery Sale Auction Court Reporter Appearance and Transcript | 343.65 |
|  |  | $370.45 |

**Total Expenses:**                                                                                                              **$408.07**

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

| 26 Bowery, LLC | Page: 6 |
|---|---|
| **Total Current Charges Due By 1/9/2025** | **$17,310.07** |

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

2 Bowery LLC            Page: 2

# LEECHTISHMAN
## LEECH TISHMAN FUSCALDO & LAMPL

## Invoice

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

December 10, 2024
Invoice # DRAFT
Matter # 104512-0000

**2 BOWERY LLC**
Brian Ryniker
c/o RK Consultants
156 Dubois Avenue
Sea Cliff, NY 11579

**Re: Chapter 11 Bankruptcy**

**Professional Fees**

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| B001 | Asset Disposition | | | | |
| 11/01/2024 | CKY | 2768046 | Correspond with counsel to purchaser regarding closing (.3); review 2 Bowery contract (.4); review bid procedures (.2) | 0.90 | 472.50 |
| 11/01/2024 | TEK | 2761430 | Review contract | 1.50 | 787.50 |
| 11/04/2024 | CKY | 2768076 | Correspond with 2 Bowery purchaser counsel regarding confirmation and closing. | 0.20 | 105.00 |
| 11/05/2024 | CKY | 2768176 | Correspond with counsel to successful purchaser regarding closing (.1); correspond with lender regarding same (.2).telephone conference with T. Kass regarding closing (.2). | 0.50 | 262.50 |
| 11/05/2024 | TEK | 2764324 | Telephone call C. Yee and buyer's attorney; review contract | 1.00 | 525.00 |
| 11/06/2024 | CKY | 2768202 | Correspond with counsel to 2 Bowery purchaser regarding closing and confirmation. | 0.20 | 105.00 |
| 11/06/2024 | TEK | 2765637 | Review contract closing requirements (.8); draft (.5) deed and Assignment of Leases; reivew leases (.4); office conference with C. Yee (.2) | 1.90 | 997.50 |
| 11/07/2024 | TEK | 2766561 | Draft deed (.5); draft assignments and other closing docs (.7) | 1.20 | 630.00 |
| 11/08/2024 | TEK | 2768490 | Review leases (1.2); emails with managing agent regarding status of tenants (.8) | 2.00 | 1,050.00 |
| 11/11/2024 | CKY | 2774847 | Telephone conference with L. Kupfer regarding closing (.1); draft Declaration in support of stalking support (.7). | 0.80 | 420.00 |
| 11/12/2024 | TEK | 2771373 | Review leases (.3); prepare certified rent roll (.5); revise assignment of leases (.2); email with B. Rynaker regarding same (.2) | 1.20 | 630.00 |

2 Bowery LLC                                                                                                    Page: 3

| Date | Atty | ID | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/13/2024 | CKY | 2775119 | Correspond with L. Kuper regarding approval of Sale Contract. | 0.10 | 52.50 |
| 11/13/2024 | TEK | 2773629 | Review Confirmation Order (.8); Bankruptcy Code provisions; email L.Kuper regarding closing issues (.4) | 1.20 | 630.00 |
| 11/14/2024 | CKY | 2778771 | Correspond with lender regarding closing extension (.2); correspond with B. Ryniker regarding same (.2) | 0.40 | 210.00 |
| 11/14/2024 | TEK | 2774756 | Revise deed to include Confirmation Order info (.3); review contract form (.2); emails with L.Kuper regarding closing and title insurance (1.3) | 0.80 | 420.00 |
| 11/18/2024 | CKY | 2778839 | Telephone conference with G. Ravert regarding closing extension. | 0.10 | 52.50 |
| 11/25/2024 | TEK | 2786086 | Emails with C. Yee regarding amendment to contract | 0.10 | 52.50 |
| 11/26/2024 | CKY | 2789918 | Review contract amendment. | 0.20 | 105.00 |
| 11/26/2024 | TEK | 2786903 | Review contract (.3); draft and revise Contract Amendment (.9) | 1.20 | 630.00 |
| | | | | 15.50 | $8,137.50 |

B002    Business Operations

| Date | Atty | ID | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/25/2024 | CKY | 2788975 | Correspond with B. Ryniker regarding budget for rest of case. | 0.10 | 52.50 |
| | | | | 0.10 | $52.50 |

B003    Case Administration

| Date | Atty | ID | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/02/2024 | CKY | 2768064 | Correspond with B. Ryniker re operating reports. | 0.10 | 52.50 |
| 11/05/2024 | CKY | 2768184 | Correspond with B. Ryniker regarding Operating Reports. | 0.10 | 52.50 |
| 11/07/2024 | CKY | 2768208 | Review invoices. | 0.10 | 52.50 |
| 11/11/2024 | CKY | 2774842 | Correspond with B. Ryniker regarding Operating Reports. | 0.10 | 52.50 |
| 11/12/2024 | CKY | 2774853 | Correspond with N. Meyers regarding Operating Reports (.1); review same (.1). | 0.20 | 105.00 |
| 11/12/2024 | CKY | 2774871 | Draft Fee Statement. | 0.10 | 52.50 |
| 11/12/2024 | NFM | 2773676 | Prepare 6 Monthly Operating Reports for e-filing (.5); e-filed 6 Monthly Operating Reports (.3). | 0.80 | 220.00 |
| 11/12/2024 | NFM | 2773678 | Prepare LTRB October Fee Statement (.2); electronically file same (.1). | 0.30 | 82.50 |
| 11/13/2024 | NFM | 2784235 | Send out copies of monthly operating report to Judge and US Trustee (.2); draft COS for Monthly Fee Statement (.1); electronically file Certificate of service (.1). | 0.40 | 110.00 |

| 2 Bowery LLC | | | | | | Page: 4 |
|---|---|---|---|---|---|---|
| 11/15/2024 | NFM | 2785890 | Draft Certificate of Service for Monthly Fee Statement (.2); electronically file same (.1). | | 0.30 | 82.50 |
| | | | | | 2.50 | $862.50 |
| B009 | Plan and Disclosure Statement | | | | | |
| 11/01/2024 | LASZ | 2766938 | Conferences with C. Yee regarding preparing for confirmation, sale/bid procedures, and Confirmation Declarations. | | 0.40 | 254.00 |
| 11/01/2024 | LASZ | 2766940 | Prepare for Confirmation Hearing. | | 0.40 | 254.00 |
| 11/02/2024 | CKY | 2768062 | Draft confirmation brief. | | 1.40 | 735.00 |
| 11/04/2024 | CKY | 2768086 | Draft declaration in support of confirmation. | | 0.30 | 157.50 |
| 11/05/2024 | CKY | 2768090 | Review Corbin declaration in support of plan. | | 0.10 | 52.50 |
| 11/05/2024 | CKY | 2768092 | Review Corbin declaration in support of plan. | | 0.10 | 52.50 |
| 11/05/2024 | CKY | 2768178 | Draft declaration in support of confirmation (1.0); draft confirmation brief (1.0); telephone conference with D. Kozlowski regarding releases (.1); telephone conference with D. Kozlowski regarding confirmation issues (.2); draft ballot certification (.2). | | 2.50 | 1,312.50 |
| 11/05/2024 | LASZ | 2768973 | Telephone call with C. Yee (2x) regarding Credit Bid terms, carve out, Confirmation documents, Confirmation Presentation and feasibility | | 0.20 | 127.00 |
| 11/05/2024 | LASZ | 2768977 | Assist C. Yee with Confirmation preparation | | 0.60 | 381.00 |
| 11/06/2024 | CKY | 2768200 | Draft Confirmation Order (1.4); telephone conference with lender regarding confirmation issues (.2). | | 1.60 | 840.00 |
| 11/06/2024 | LASZ | 2768815 | Various calls with C. Yee regarding Confirmation Preparation. | | 0.20 | 127.00 |
| 11/06/2024 | LASZ | 2768818 | Prepare for Confirmation Hearing | | 0.60 | 381.00 |
| 11/06/2024 | NFM | 2773640 | Prepare and electronically file Notice of Auction. | | 0.40 | 110.00 |
| 11/07/2024 | CKY | 2768206 | Draft confirmation order (.4); office conference with L. Schwartz regarding confirmation issues (.1); telephone conference with B. Ryniker regarding confirmation issues (.3). | | 0.80 | 420.00 |
| 11/07/2024 | LASZ | 2768634 | Review and revise Confirmation Declaration | | 0.30 | 190.50 |
| 11/07/2024 | LASZ | 2768638 | Review and revise Confirmation Brief. | | 0.70 | 444.50 |
| 11/07/2024 | LASZ | 2768642 | Various calls with C. Yee regarding preparing for Confirmation | | 0.30 | 190.50 |

2 Bowery LLC                                                                                                                Page: 5

| Date | Atty | ID | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/07/2024 | NFM | 2774999 | Electronically file Notice of Auction Results (.2); send courtesy copies of same to Judge (.1). | 0.30 | 82.50 |
| 11/08/2024 | CKY | 2768224 | Draft Confirmation Brief (.5); revise Ryniker Declaration (.4); revise Corbin Declaration (.1); draft Confirmation Order (.6). | 1.60 | 840.00 |
| 11/08/2024 | NFM | 2777622 | Prepare Ryniker Declaration, Northgate Declaration for e-filing, Ballot Certification and Confirmation Brief for e-filing (.3); electronically file same (.3); sign up client and broker for upcoming hearing (.1). | 0.70 | 192.50 |
| 11/10/2024 | CKY | 2768042 | Revise Confirmation Order (.3). | 0.20 | 105.00 |
| 11/11/2024 | CKY | 2774832 | Revise Confirmation Order (.3); correspond with D. Kozlowski and B. Ryniker regarding same (.1); prepare Ryniker Proffer (.6); prepare for confirmation (1.1). | 2.10 | 1,102.50 |
| 11/11/2024 | LASZ | 2773050 | Review of and comments to Confirmation Order. | 0.30 | 190.50 |
| 11/11/2024 | LASZ | 2773052 | Prepare for Confirmation. | 0.50 | 317.50 |
| 11/12/2024 | CKY | 2774855 | Correspond with B. Ryniker regarding confirmation issues (.1); prepare for same (.5); revise Confirmation Order (.2); prepare for Confirmation Hearing (.5); attend Confirmation Hearing (.4). | 1.70 | 892.50 |
| 11/12/2024 | LASZ | 2774548 | Telephone call with C. Yee regarding Confirmation Hearing | 0.10 | 63.50 |
| 11/14/2024 | CKY | 2778752 | Draft Notice of Confirmation Order | 0.30 | 157.50 |
| 11/14/2024 | NFM | 2784751 | Prepare for service of Notice of Confirmation Order (.4); service Notice of Confirmation Order by mail (.4). | 0.80 | 220.00 |
| 11/19/2024 | CKY | 2782692 | Correspond with D. Shen regarding closing issues. | 0.20 | 105.00 |
| 11/20/2024 | CKY | 2782728 | Address closing issues. | 0.10 | 52.50 |
| 11/21/2024 | CKY | 2783551 | Telephone conference with D. Kozlowsi regarding closing issues. | 0.10 | 52.50 |
| | | | | 19.90 | $10,403.50 |

<u>B016</u>   <u>Fee Application Review and Preparation</u>

| Date | Atty | ID | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2024 | CKY | 2778768 | Prepare Fee Application. | 0.20 | 105.00 |
| 11/15/2024 | CKY | 2778781 | Prepare Fee Application. | 0.20 | 105.00 |
| | | | | 0.40 | $210.00 |

**Total Fees:**                                                                                                   38.40   $19,666.00

### Rate Summary

Thomas E. Kass                      12.10  hours at $ 525.00/hour                  6,352.50

**PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM**

2 Bowery LLC                                                                                                    Page: 6

| | | |
|---|---|---:|
| Nathanael F. Meyers | 4.00 hours at $ 275.00/hour | 1,100.00 |
| Lori A. Schwartz | 4.60 hours at $ 635.00/hour | 2,921.00 |
| Clement K. Yee | 17.70 hours at $ 525.00/hour | 9,292.50 |
| **Total hours:** | **38.40** | **19,666.00** |

| Expenses: | | Amount |
|---|---|---:|
| 10/21/2024 | FedEx | 42.69 |
| | | $42.69 |
| **Total Expenses:** | | **$42.69** |

**Total Current Charges Due By 1/9/2025**                                                              $19,708.69

**PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM**