UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

**26 BOWERY LLC and
2 BOWERY HOLDING LLC**,

                    Debtors.

---------------------------------------------------------X

Chapter 11

Case No.: 22-10412 (MG) and
          22-10413 (MG)
(Jointly Administered)

### NOTICE OF PROPOSED ORDER
### GRANTING APPLICATIONS FOR INTERIM AND FINAL
### ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that the January 8, 2024 hearing on (a) Ravert PLLC's Final Application for Allowance of Fees and Costs as Special Litigation Counsel to the Debtors for Period From August 5, 2022 Through November 30, 2024 Including Applicant's Sixth Interim Application for interim Fees and Costs for Period June 1, 2024 Through November 30, 2024 (ECF 515), (b) Seventh Interim and Final Fee Application of Leech Tishman Robinson Brog, PLLC as Attorneys for the Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for (I) Seventh Fee Period June 1, 2024 Through November 30, 2024 and (II) the Total Compensation Period of May 16, 2022 Through November 30, 2024 (ECF 516), and (c) Sixth Interim and Final Fee Application of De Lotto & Fajardo LLP as Landlord Tenant Counsel for the Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for (I) Sixth Fee Period June 1,

4909-7730-5357, v. 1

2024 Through July 31, 2024 and (II) the Total Compensation Period of June 13, 2022 Through July 31, 2024 (ECF 517) ((a)-(c), together the "Applications") is cancelled.

PLEASE TAKE FURTHER NOTICE, in the absence of any objections having been filed to the Applications, and the United States Trustee having no objection to the Applications, that in lieu of a hearing on the Applications, 26 Bowery LLC and 2 Bowery Holding LLC are filing the attached proposed Order Granting Applications for Interim and Final Allowance of Compensation and Reimbursement, which is being submitted to the Court.

Dated: New York, New York
January 6, 2025

                                                                 LEECH TISHMAN
                                                                 ROBINSON BROG, PLLC
**Attorneys for the Debtors**
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, New York 10017
Tel. No.: (212) 603-6300

By: /s/ Clement Yee
      Clement Yee

4909-7730-5357, v. 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

26 BOWERY LLC and
2 BOWERY HOLDING LLC,

                  Debtors.
-------------------------------------------------------X

Chapter 11

Case No.: 22-10412 (MG) and
       22-10413 (MG)
(Jointly Administered)

## ORDER GRANTING APPLICATIONS FOR INTERIM AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of (a) Ravert PLLC's Final Application for Allowance of Fees and Costs as Special Litigation Counsel to the Debtors for Period From August 5, 2022 Through November 30, 2024 Including Applicant's Sixth Interim Application for interim Fees and Costs for Period June 1, 2024 Through November 30, 2024 (ECF 515) ("Ravert Final Fee Application"), (b) Seventh Interim and Final Fee Application of Leech Tishman Robinson Brog, PLLC as Attorneys for the Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for (I) Seventh Fee Period June 1, 2024 Through November 30, 2024 and (II) the Total Compensation Period of May 16, 2022 Through November 30, 2024 (ECF 516), and (c) Sixth Interim and Final Fee Application of De Lotto & Fajardo LLP as Landlord Tenant Counsel for the Debtors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses for (I) Sixth Fee Period June 1, 2024 Through July 31, 2024 and (II) the Total Compensation Period of June 13,

4899-6065-0764, v. 3

2022 Through July 31, 2024 (ECF 517) ((a)-(c), together the "Applications"); and notice of the hearing on the Applications (ECF 518) having been given to all creditors as required by the applicable Federal Rules of Bankruptcy Procedure and proof of service of the notice of the hearing on the Applications having been filed with the Court (ECF 519); and no objections having been interposed; and Ravert PLLC having agreed with the United States Trustee to reduce its expense request by the amount of $483.58, which amount has been deducted and is now reflected below in the unpaid "fees" requested in the Ravert Final Fee Application because all expenses prior to the Sixth Interim Period had been paid in full; and the Debtors having represented to the United States Trustee and the Court that (a) the Debtors will prepare any necessary post-confirmation reports and pay outstanding United States Trustee fees, (b) payments to professionals will come from the Debtors' available cash and lender carve-out, (c) the Debtors' professionals do not anticipate seeking approval of additional fees and expenses, and (d) the Debtors intend on closing on the sale of their respective real property by February 2024 and intend on closing these chapter 11 cases by the end of the first quarter of 2025; and due and sufficient cause appearing therefor, it is hereby

**ORDERED,** that the Applications are hereby granted to the extent set forth in Schedule "A" attached hereto; and it is further

**ORDERED,** that the Debtors and their estates is hereby authorized to pay the fees awarded by this Court as set forth in Column (5) and expenses as awarded by the Court as set forth in column (8) of Schedule "A-2" annexed hereto.

4899-6065-0764, v. 3

**DATED:**   New York, New York
             _____, 2025

                              _____
                              **HON. MARTIN GLENN**
                              **CHIEF UNITED STATES BANKRUPTCY JUDGE**

# SCHEDULE A

CASE NUMBER: 22-10412 (MG) (jointly administered)
CASE NAME: 26 BOWERY LLC AND 2 BOWERY HOLDING LLC
INTERIM FEE PERIOD: June 1, 2024 through November 30, 2024

| (1) Applicant | (2) Date/Doc. Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (Current Holdback) | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Leech Tishman Robinson Brog, PLLC (Counsel to the Debtors) | 12/18/24 ECF 516 | 26 Bowery LLC: $52,042.50<br><br>2 Bowery Holding LLC: $61,881.00<br><br>Total: $113,923.50 | 26 Bowery LLC: $52,042.50<br><br>2 Bowery Holding LLC: $61,881.00<br><br>Total: $113,923.50 | 26 Bowery LLC: $10,408.50<br><br>2 Bowery Holding LLC: $12,376.20<br><br>Total: $22,784.70 | 26 Bowery LLC: $35,199.10<br><br>2 Bowery Holding LLC: $28,995.05<br><br>Total: $64,194.15 | 26 Bowery LLC: $45,607.60<br><br>2 Bowery Holding LLC: $41,371.25<br><br>Total: $86,978.85 | 26 Bowery LLC: $1,605.27<br><br>2 Bowery Holding LLC: $402.76<br><br>Total: $2,008.03 | 26 Bowery LLC: $0.00<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $0.00 |

| (1)<br>Applicant | (2)<br>Date/Doc. Number of Application | (3)<br>Interim Fees Requested on Application | (4)<br>Fees Allowed | (5)<br>Fees to be Paid for Current Fee Period (Current Holdback) | (6)<br>Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7)<br>Total Fees to be Paid | (8)<br>Interim Expenses Requested | (9)<br>Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Ravert PLLC (Special Litigation Counsel to the Debtors) | 12/16/24 ECF 515 | 26 Bowery LLC: $5,328.00<br><br>2 Bowery Holding LLC: $2,700.00<br>Total: $8,028.00 | 26 Bowery LLC: $5,328.00<br><br>2 Bowery Holding LLC: $2,700.00<br>Total: $8,028.00 | 26 Bowery LLC: $4,809.60<br><br>2 Bowery Holding LLC: $2,584.80<br><br>Total: $7,394.40 | 26 Bowery LLC: $18,242.03<br><br>2 Bowery Holding LLC: $18,635.10<br><br>Total: $36,877.13 | 26 Bowery LLC: $23,051.63<br><br>2 Bowery Holding LLC: $21,219.90<br><br>Total:[1] $43,787.95 | 26 Bowery LLC: $63.02<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $63.02 | 26 Bowery LLC: $63.02<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $63.02 |

---

1 As per footnote 4 below, this final figure includes an agreed-upon reduction of $483.58.  Before the reduction, this column totaled $44,271.53.

4899-6065-0764, v. 3

| (1) Applicant | (2) Date/Doc. Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period (Current Holdback) | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| De Lotto & Fajardo LLP (Landlord Tenant Counsel to the Debtors) | 12/18/24 ECF 517 | 26 Bowery LLC: $1,188.00<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $1,188.00 | 26 Bowery LLC: $1,188.00<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $1,188.00 | 26 Bowery LLC: $1,188.00<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $1,188.00 | 26 Bowery LLC: $5,442.75<br><br>2 Bowery Holding LLC: $6,326.10<br><br>Total: $11,768.85 | 26 Bowery LLC: $6,630.75<br><br>2 Bowery Holding LLC: $6,326.10<br><br>Total: $12,956.85 | 26 Bowery LLC: $174.00<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $174.00 | 26 Bowery LLC: $174.00<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $174.00 |

**SCHEDULE A-1**          DATE:_____          INITIALS:_____USBJ

CASE NUMBER:        22-10412 (MG) (jointly administered)
CASE NAME:          26 BOWERY LLC AND 2 BOWERY HOLDING LLC
TOTAL FEE PERIOD:   May 16, 2022 through November 30, 2024

| (1) Applicant | (2) Final Fees Requested on Application | (3) Fees Allowed | (4) Fees Already Paid | (5) Total Fees to be Paid | (6) Final Expenses Requested | (7) Expenses Already Paid | (8) Total Expenses to be Paid |
|---|---|---|---|---|---|---|---|
| Leech Tishman Robinson Brog, PLLC (Counsel to the Debtors) | 26 Bowery LLC: $370,102.00<br><br>2 Bowery Holding LLC: $332,410.50<br><br>Total: $702,512.50 | 26 Bowery LLC: $368,602.00<br><br>2 Bowery Holding LLC: $330,910.50<br><br>Total: $699,512.50[2] | 26 Bowery LLC: $322,994.40<br><br>2 Bowery Holding LLC: $289,539.25<br><br>Total: $612,533.65 | 26 Bowery LLC: $45,607.60<br><br>2 Bowery Holding LLC: $41,371.25<br><br>Total: $86,978.85 | 26 Bowery LLC: $23,451.86<br><br>2 Bowery Holding LLC: $23,801.01<br><br>Total: $45,252.87 | 26 Bowery LLC: $23,451.86<br><br>2 Bowery Holding LLC: $23,801.01<br><br>Total: $45,252.87 | 26 Bowery LLC: $0.00<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $0.00 |

---

[2] Reflects $3,000.00 reduction in fees from Order Granting Applications for Interim Allowance of Compensation and Reimbursement of Expenses entered on July 19, 2023 (ECF 284).

4899-6065-0764, v. 3

| (1) Applicant | (2) Final Fees Requested on Application | (3) Fees Allowed | (4) Fees Already Paid | (5) Total Fees to be Paid | (6) Final Expenses Requested | (7) Expenses Already Paid | (8) Total Expenses to be Paid |
|---|---|---|---|---|---|---|---|
| Ravert PLLC (Special Litigation Counsel to the Debtors) | 26 Bowery LLC: $188,392.00<br><br>2 Bowery Holding LLC: $209,562.00<br><br>Total: $397,954.00 | 26 Bowery LLC: $188,392.00<br><br>2 Bowery Holding LLC: $209,562.00<br><br>Total: $397,954.00 | 26 Bowery LLC: $165,340.37<br><br>2 Bowery Holding LLC: $188,342.10<br><br>Total: $353,682.47 | 26 Bowery LLC: $23,051.63<br><br>2 Bowery Holding LLC: $21,219.90<br><br>Total: $43,787.95[3] | 26 Bowery LLC: $23,210.07<br><br>2 Bowery Holding LLC: $23,559.22<br><br>Total:[4] $46,769.29 | 26 Bowery LLC: $23,388.84<br><br>2 Bowery Holding LLC: $23,801.01<br><br>Total: $47,189.85 | 26 Bowery LLC: $63.02<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $63.02 |

---

[3] As noted above, per an agreement between Ravert PLLC and the United States Trustee, Ravert PLLC has agreed to reduce its expense request by $483.58, which reduction is divided evenly between 26 Bowery and 2 Bowery or a reduction of $241.79 to each Debtor. This reduction resulted in a reduced fee request from $44,271.53 to $43,787.95.

[4] The figure represents the total expenses originally requested in the amount of $47,252.87 less the $483.58 agreed to with the U.S. Trustee.

4899-6065-0764, v. 3

| (1) Applicant | (2) Final Fees Requested on Application | (3) Fees Allowed | (4) Fees Already Paid | (5) Total Fees to be Paid | (6) Final Expenses Requested | (7) Expenses Already Paid | (8) Total Expenses to be Paid |
|---|---|---|---|---|---|---|---|
| De Lotto & Fajardo LLP (Landlord Tenant Counsel to the Debtors) | 26 Bowery LLC: $52,915.50<br><br>2 Bowery Holding LLC: $63,261.00<br><br>Total: $116,176.50 | 26 Bowery LLC: $52,915.50<br><br>2 Bowery Holding LLC: $63,261.00<br><br>Total: $116,176.50 | 26 Bowery LLC: $46,284.75<br><br>2 Bowery Holding LLC: $56,934.90<br><br>Total: $103,219.65 | 26 Bowery LLC: $6,630.75<br><br>2 Bowery Holding LLC: $6,326.10<br><br>Total: $12,956.85 | 26 Bowery LLC: $299.97<br><br>2 Bowery Holding LLC: $1,793.50<br><br>Total: $2,093.47 | 26 Bowery LLC: $125.97<br><br>2 Bowery Holding LLC: $1,793.50<br><br>Total: $1,919.47 | 26 Bowery LLC: $174.00<br><br>2 Bowery Holding LLC: $0.00<br><br>Total: $174.00 |

**SCHEDULE A-2**                    DATE:_____                    INITIALS:_____USBJ