# **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                    Chapter 11
In re:

**26 BOWERY LLC and**                                     Case No.:  22-10412 (MG) and
**2 BOWERY HOLDING LLC**,                                              22-10413 (MG)
                                                                                     (Jointly Administered)
                                    Debtors.
-----------------------------------------------------------X

### ORDER GRANTING OBJECTION TO CLAIMS FILED BY NEW YORK CITY

**UPON** the objection of 26 Bowery LLC ("26 Bowery") and 2 Bowery Holding LLC ("2 Bowery," and together with 26 Bowery, "Debtors") to (i) proof of claim no. 8 filed on September 27, 2022 against 26 Bowery in its chapter 11 case ("26 Bowery Claim") and (ii) proof of claim no. 7 filed on September 27, 2022 against 2 Bowery ("2 Bowery Claim," and together with the 26 Bowery Claim, the "NYC Claims") filed by New York City; and a hearing on the objection having been held on May 1, 2025; and Leech Tishman Robinson Brog, PLLC appearing for the Debtors; and the Court having jurisdiction to consider the objection pursuant to 28 U.S.C. §§157 and 1334; and consideration of the objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and such other parties whose identities are reflected in the record of the hearing having been heard with respect thereto; and it appearing that due and sufficient notice of the objection having been given; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED,** that proof of claim no. 8 filed against 26 Bowery in its chapter 11

case no. 22-10412 is hereby disallowed and expunged in its entirety; and it is further

**ORDERED**, that proof of claim no. 7 filed against 2 Bowery in its chapter 11 case no. 22-10413 is hereby disallowed and expunged in their entirety; and is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters related to or arising from the Objection or the implementation of this Order.

Dated: New York, New York
      May __, 2025

 

_____
HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE