| | |
|---|---|
| LEECH TISHMAN ROBINSON BROG PLLC<br>One Dag Hammarskjöld Plaza<br>885 Second Avenue, 3rd Floor<br>New York, New York 10017<br>Tel. No.: 212-603-6301<br>Clement Yee, Esq.<br>*Attorneys for the Debtors and Debtors in Possession* | Hearing Date and Time:<br>May 1, 2025 at 2:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                                            Chapter 11

**26 BOWERY LLC** and                                         Case No.:  22-10412 (MG) and
**2 BOWERY HOLDING LLC**,                                                  22-10413 (MG)
                                                                                       (Jointly Administered)

                   Debtors.
-----------------------------------------------------------X

## NOTICE OF HEARING ON DEBTORS' OBJECTION TO CLAIMS FILED BY NEW YORK CITY

**PLEASE TAKE NOTICE**, that a hearing ("Hearing") on the Debtors' Objection to Claims Filed by New York City ("Claim Objection") will be held before the **Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004 on May 1, 2025 at 2:00 p.m.**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing shall take place via the Court's Zoom videoconferencing platform and the Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4:00 p.m. the business day before the hearing. Any party appearing at, listening to, or observing

1

4890-2915-8772, v. 1

the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn . After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Claim Objection, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, with a copy to Chambers, provided, however, that pursuant to *general order* No. 599 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www. nysb.uscourts.gov, and served so as to be received by attorneys for the Debtors, Leech Tishman Robinson Brog PLLC, One Dag Hammarskjöld Plaza, 885 Second Avenue, New York, New York 10017, Attention: Clement Yee, Esq. and the United States Trustee's Office, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, New York 10004, Attention: Greg Zipes, Esq., no later than **seven (7) days** prior to the hearing.

2

4890-2915-8772, v. 1

**PLEASE TAKE FURTHER NOTICE**, that the hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

**Dated:** New York, New York
April 1, 2025

                        **LEECH TISHMAN ROBINSON BROG PLLC**
Attorneys for the Debtors
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, New York 10017
Tel. No.: 212-603-6300

By: /s/ Clement Yee
      **Clement Yee**