UNITED STATES BANKRUPTCY COURT
Southern District of New York Manhattan

In re:
 26 BOWERY LLC,
        Debtor(s).

Case No.: 22-10412
Chapter: 11

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 05/06/2025, as directed by Office of the United States Trustee- Region 2 , true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

| Notice of Motion [Docket 531] |
|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
05/06/2025

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

## Exhibit A - Certificate of Service
## 26 BOWERY LLC 22-10412

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23601 | Andrew Rettig, Assistant Counsel, NYC Water Board, 59-17 Junction Blvd, 13th Floor, Elmhurst, NY, 11373-5188, United States of America | First Class |
| 23601 | Attn:  Brian Ryniker, 26 BOWERY LLC C/O RK Consultants, LLC, 1178 Broadway, 3rd Fl., #1505, New York, NY, 10001 | First Class |
| 23601 | ATTN: BANKRUPTCY SPECIAL PROC, NEW YORK STATE DEPT. OF FINANC, PO BOX 5300, ALBANY, NY, 12205-0300 | First Class |
| 23601 | ATTN: CORPORATE TRUST STRUCTU, BANK OF NEW YORK MELLON, 240 GREENWICH STREET, 7 EAST, NEW YORK, NY, 10286-0001 | First Class |
| 23601 | ATTN: GLENN ROMANO, ESQ., ROMANO & KUAN, PLLC, 100 LAFAYETTE STREET #404, NEW YORK, NY, 10013-4400 | First Class |
| 23601 | ATTN: LEGAL AFFAIRS, NYC DEPT. OF FINANCE, 345 ADAMS STREET, 3RD FL., BROOKLYN, NY, 11201-3739 | First Class |
| 23601 | BANKDIRECT CAPITAL FINANCE, 150 NORTH FIELD DRIVE, STE 190, LAKE FOREST, IL, 60045-2594 | First Class |
| 23601 | BARBARA MOK, 26 BOWERY STREET, 3RD FLOOR, NEW YORK, NY, 10013-5159 | First Class |
| 23601 | BUREAU OF CUSTOMER SERVICES, NYC ENVIRONMENTAL PROTECTION, 59-17 JUNCTION BLVD., ELMHURST, NY, 11373-5108 | First Class |
| 23601 | C/O HIRSHMARK CAPITAL LLC, BOWERY MEZZ LLC, 1140 Broadway, Suite 304, NEW YORK, NY, 10001 | First Class |
| 23601 | c/o Hirshmark Capital LLC, Double Bowery Funding LLC and Bowery Mezz LL, 15 West 26th Street, Suite 901, New York, NY, 10010-1026 | First Class |
| 23601 | c/o Phillips Lytle LLP, NYCTL 2021-A Trust MTAG Attn.: Nickolas Karavolas, Esq., 620 Eighth Avenue, 38th Fl., New York, NY, 10018-1442 | First Class |
| 23601 | CHOUK NG, 2 BOWERY, APT. 4, NEW YORK, NY, 10013-5101 | First Class |
| 23601 | CHUAN TIAN XIA, INC, 5502 7TH AVENUE, BROOKLYN, NY, 11220-5469 | First Class |
| 23601 | CODY NG, 26 BOWERY STREET, 4TH FLOOR, NEW YORK, NY, 10013-5159 | First Class |
| 23601 | CORP. COUNSEL FOR NYC, 100 CHURCH STREET, NEW YORK, NY, 10007-2668, United States of America | First Class |
| 23601 | De Lotto & Fajardo LLP, 4 Reeder Road, Rhinebeck, NY, 12572-2652 | First Class |
| 23601 | DENNIS DONOHUE, 26 BOWERY STREET, 4TH FLOOR - FRONT, NEW YORK, NY, 10013-5159 | First Class |
| 23601 | ESTATE OF CHOUK NG, 2 BOWERY, APT. 4, NEW YORK, NY, 10013-5101 | First Class |
| 23601 | G/F CLUBHOUSE, ANNA KAM, 26 BOWERY STREET, NEW YORK, NY, 10013-5159 | First Class |
| 23601 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 23601 | JAF STATION, CONSOLIDATED EDISON CO. OF NY, P.O. BOX 1702, NEW YORK, NY, 10116-1702 | First Class |
| 23601 | JJS BUILDERS INC., 306 E. 280TH STREET, BRONX, NY, 10457 | First Class |
| 23601 | Megne Yong, 45 Allen Street, Apt. 3B, New York, NY, 10002-5325 | First Class |
| 23601 | MIMIN YONG, 26 BOWERY STREET, 5TH FLOOR, NEW YORK, NY, 10013-5159 | First Class |
| 23601 | New York City Department of Finance, 375 Pearl Street, 27th Floor, New York, NY, 10038-1441 | First Class |
| 23601 | Northgate Real Estate Group, LLC, 1633 Broadway, 46th Fl., New York, NY, 10019-6872 | First Class |
| 23601 | Office of Legal Affairs, , New York City Dept of Finance, 375 Pearl Street, 30th Floor, Collection Unit, New York, NY, 10038-1442 | First Class |
| 23601 | OFFICE OF THE ATTORNEY GENERAL, 28 LIBERTY ST., NEW YORK, NY, 10005-1400 | First Class |
| 23601 | QUN LIN, 142-28 37TH AVENUE, APT. 2C, FLUSHING, NY, 11354-4370 | First Class |
| 23601 | RKC, LLC, 1178 BROADWAY, 3RD FLOOR, 1505, NEW YORK, NY, 10001-5666 | First Class |
| 23601 | STEVEN NG, 2 BOWERY, APT. 4, NEW YORK, NY, 10013-5101 | First Class |
| 23601 | STEVEN NG, 26 BOWERY, 5TH FLOOR, NEW YORK, NY, 10013-5159 | First Class |
| 23601 | TAX AND BANKRUPTCY LITIGATION, NYC LAW DEPARTMENT, 100 CHURCH STREET, NEW YORK, NY, 10007-2601 | First Class |
| 23601 | WILSON NG, 26 BOWERY, 5TH FLOOR, NEW YORK, NY, 10013-5159 | First Class |
| 23601 | WILSON NG, 50 HARDSCRABBLE ROAD, CHESTER, NY, 10918-4249 | First Class |