# UNITED STATES BANKRUPTCY COURT

## SOUTHERN   DISTRICT OF   NEW YORK

In Re. 26 BOWERY LLC

§
§
§
§

Debtor(s)

Case No.   22-10412

Lead Case No.   22-10412

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2025

Petition Date: 03/31/2022

Months Pending: 39

Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:              Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):                          0

Debtor's Full-Time Employees (as of date of order for relief):    0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Brian Ryniker
Signature of Responsible Party

06/20/2025
Date

/s/ Brian Ryniker
Printed Name of Responsible Party

1178 Broadway, 3rd Fl.
New York, New York 10001
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                          1

Debtor's Name 26 BOWERY LLC                                          Case No. 22-10412

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $343,988 | |
| b. Total receipts (net of transfers between accounts) | $0 | $4,482,640 |
| c. Total disbursements (net of transfers between accounts) | $57,313 | $4,195,978 |
| d. Cash balance end of month (a+b-c) | $286,675 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $57,313 | $4,195,978 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○  Market ○  Other ⦿  (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name  26 BOWERY LLC                                              Case No.  22-10412

| **Part 5:  Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $1,261,534 | $0 | $1,280,188 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Robinson Brog | Lead Counsel | $0 | $65,544 | $0 | $65,544 |
| ii | Leech Tishman Robinson Brog | Lead Counsel | $0 | $750,831 | $0 | $776,290 |
| iii | Ravert PLLC | Special Counsel | $0 | $445,159 | $0 | $438,354 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name 26 BOWERY LLC                                                    Case No. 22-10412

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name 26 BOWERY LLC    Case No. 22-10412

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $119,905 | $0 | $121,552 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | De Lotto & Fajardo | Special Counsel | | $0 | $119,905 | $0 | $121,552 |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name 26 BOWERY LLC                                          Case No. 22-10412

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name 26 BOWERY LLC                                    Case No. 22-10412

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  26 BOWERY LLC                                                    Case No.  22-10412

|  | xcix |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | c |  |  |  |  |  |  |
| c. | All professional fees and expenses (debtor & committees) |  |  | $0 | $0 | $0 | $0 |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◉  No ○ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉  No ○  N/A ○ |
| i. | Do you have:          Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉  No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ◉  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ |

Debtor's Name  26 BOWERY LLC                                                    Case No. 22-10412

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Brian Ryniker                                          Brian Ryniker, RK Consultants LLC
Signature of Responsible Party                             Printed Name of Responsible Party

Independent Manager                                        06/20/2025
Title                                                      Date

Debtor's Name  26 BOWERY LLC                                                                 Case No.  22-10412



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name 26 BOWERY LLC

Case No. 22-10412

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name 26 BOWERY LLC                                                                     Case No. 22-10412



PageThree



PageFour

**In re: 26 BOWERY LLC**
**Case No. 22-10412 (MG)**

**Reporting Period: May 1, 2025 to May 31, 2025**
**Notes to the Monthly Operating Report**
**General Notes**

On March 31, 2022 (the "Filing Date"), 26 Bowery LLC (the "Debtor") filed for protection under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court of New Jersey (the "Bankruptcy Court").

The attached monthly operating report was prepared from the best available information including, but not limited to, the Debtor's bank statements and cash receipt and disbursement ledgers.  All rights of the Debtor are reserved in this regard.

The financial information included herein is unaudited, may be subject to future adjustments and may not comply in all respects with generally accepted accounting principles of the United States of America ("U.S. GAAP").

There may also be various immaterial variances throughout the report mostly attributed to rounding.

*Additional Notes to the Monthly Operating Report:*

In February 2025, the Independent Manager began transitioning the cash from East West Bank to Western Alliance Bank.

Counsel to the Independent Manager, Leech Tishman Fuscaldo & Lampl, LLC, manages a separate reserve account for the Debtors.  This account is used to issue disbursements on account of professional fees and other expenses as they come due.  These disbursements are detailed within the operating report.

Part 7: Question (a) – Additional support for payment made on pre-petition debt.

The following payments were made on secured pre-petition debt.

| Claim Status | Claim N | Claimant Name | Schedule | Filed | Paid to Date | Percent to Da | PERIOD COVERED |
|---|---|---|---|---|---|---|---|
| PAID | 2 | NYCTL 2021-A TRUST MTAG | - | 506,389.27 | 554,369.06 | 100.00% | 26 BOWERY - UNK PERIOD |
| PAID | 3 | NYCTL 2021-A TRUST MTAG | - | 421,220.48 | 461,001.28 | 100.00% | 2 BOWERY - UNK PERIOD |
| PAID | 6 | NEW YORK CITY DEPT OF FINANCE | - | 130,132.88 | 148,589.85 | 100.00% | BOTH - 1/1/22 |
| PAID | 7 | NEW YORK CITY DEPT OF FINANCE | - | 118,015.27 | 101,756.55 | 100.00% | BOTH - 7/1/22 |

In re _26 BOWERY LLC

Debtor

Case No. _22-10412

Reporting Period:_May 1, 2025 - May 31, 2025

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

| | EAST WEST #0162 | EAST WEST #0225 | EAST WEST #0309 | WESTERN ALLIANCE #1065 | WESTERN ALLIANCE #1156 | Counsel Escrow | BANK OF AMERICA #4102 | Total Current Month | Cumulative Filing to Date Actual |
|---|---|---|---|---|---|---|---|---|---|
| **Cash - Beginning of Month** | $ - | $ - | $ - | $ 11,771.11 | $ 2,563.52 | $ 329,654.29 | $ (1.25) | $ 343,987.67 | $ (17.25) |
| **RECEIPTS (Including account transfers)** | | | | | | | | | |
| Rental Income | - | - | - | - | - | - | - | - | 3,777.84 |
| Interest and Dividend Income | - | - | - | - | - | - | - | - | 32.00 |
| Sale of Assets | - | - | - | - | - | - | - | - | - |
| Transfer from 2 Bowery | - | - | - | - | - | - | - | - | 120,148.45 |
| Transfer from Debtor's DIP account | - | - | - | - | - | - | - | - | 522,649.34 |
| DIP Loan Advance | - | - | - | - | - | - | - | - | 3,554,676.77 |
| Other Income (attach schedule) | - | - | - | - | - | - | - | - | 254,004.86 |
| **Total Receipts** | - | - | - | - | - | - | - | - | 4,455,289.26 |
| **DISBURSEMENTS** | | | | | | | | | |
| **ORDINARY ITEMS:** | | | | | | | | | |
| Bank Fees | - | - | - | 5.00 | 5.00 | - | - | 10.00 | 7,471.00 |
| Credit Card | - | - | - | - | - | - | - | - | - |
| Insurance, including Bond | - | - | - | - | - | - | - | - | 213,385.72 |
| Independent Manager | - | - | - | - | - | 4,653.70 | - | 4,653.70 | 436,150.10 |
| Repairs and Maintenance | - | - | - | 4,035.79 | - | - | - | 4,035.79 | 51,406.43 |
| Security | - | - | - | - | - | - | - | - | 3,250.00 |
| Taxes | - | - | - | - | - | - | - | - | 50.00 |
| Taxes - Real Estate | - | - | - | - | - | - | - | - | 1,520,794.45 |
| Transfer to Debtor's DIP Account | - | - | - | - | - | - | - | - | 522,649.34 |
| Travel and Entertainment | - | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | 143.83 | - | - | - | 143.83 | 3,961.68 |
| Other (attach schedule) | - | - | - | - | - | - | - | - | 13,863.05 |
| Total Ordinary Disbursements | - | - | - | 4,184.62 | 5.00 | 4,653.70 | - | 8,843.32 | 2,772,981.77 |
| **REORGANIZATION ITEMS:** | | | | | | | | | |
| Professional Fees | - | - | - | - | - | 5,115.00 | - | 5,115.00 | 1,432,545.92 |
| Professional Fees - Secured Lender | - | - | - | - | - | 331.00 | - | 331.00 | 369,155.51 |
| U. S. Trustee Fees | - | - | - | - | - | 43,023.79 | - | 43,023.79 | 63,386.64 |
| Priority Claims | - | - | - | - | - | - | - | - | 80,557.61 |
| Other Reorganization Expenses - Noticing costs | - | - | - | - | - | - | - | - | - |
| Total Reorganization Items | - | - | - | - | - | 48,469.79 | - | 48,469.79 | 1,945,645.68 |
| **Total Disbursements  (Ordinary + Reorganization)** | - | - | - | 4,184.62 | 5.00 | 53,123.49 | - | 57,313.11 | 4,718,627.45 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | - | - | - | (4,184.62) | (5.00) | (53,123.49) | - | (57,313.11) | (263,338.19) |
| **Cash - End of Month (Must equal reconciled bank statement)** | $ - | $ - | $ - | $ 7,586.49 | $ 2,558.52 | $ 276,530.80 | $ (1.25) | $ 286,674.56 | $ (263,355.44) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | | | | | | | | | $ 57,313.11 |
| LESS:  TRANSFERS TO OTHER CH 11 TRUSTEE ACCOUNTS | | | | | | | | | - |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES | | | | | | | | | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | | | | | | | | | $ 57,313.11 |

**In re _26 BOWERY LLC**                **Case No. _22-10412**
**Debtor**                              **Reporting Period:_May 1, 2025 - May 31, 2025**

### CASH DISBURSEMENTS

| Check Date | Account | Check # | Payee | Amount |
|---|---|---|---|---|
| 5/15/2025 | #1065 | 11016 | Golden Hand House Corp | 550.00 |
| 5/28/2025 | #1065 | ELECTRONIC | ConEdison | 143.83 |
| 5/30/2025 | #1065 | ELECTRONIC | Citywide Sprinkler | 3,485.79 |
| 5/30/2025 | #1065 | ELECTRONIC | Bank and Technology Services Fee | 5.00 |
| 4/30/2025 | #1156 | ELECTRONIC | Bank and Technology Services Fee | 5.00 |
| 5/8/2025 | Counsel Escrow | ELECTRONIC | RK Consultants | 4,653.70 |
| 5/8/2025 | Counsel Escrow | ELECTRONIC | Morrison Cohen LLP | 331.00 |
| 5/9/2025 | Counsel Escrow | ELECTRONIC | Leech Tishman Fuscaldo & Lampl, LLC | 5,115.00 |
| 5/27/2025 | Counsel Escrow | ELECTRONIC | US Trustee | 39,700.66 |
| 5/27/2025 | Counsel Escrow | ELECTRONIC | US Trustee | 3,323.13 |
| | | | **TOTAL DISBURSEMENTS - ALL ACCOUNTS** $ | 57,313.11 |

**Total Post Petition Disbursements for UST Fees:**

**Disbursements from DIP Accounts:**

| | | |
|---|---|---|
| East West | #0162 | - |
| East West | #0225 | - |
| East West | #0309 | - |
| Western Alliance | #1065 | 4,184.62 |
| Western Alliance | #1156 | 5.00 |
| Counsel Escrow | Counsel Escrow | 53,123.49 |
| Bank of America | #4102 | - |
| | | 57,313.11 |

**Less: Transfer**                                         -

**Total Disbursements for UST Fees**   $   57,313.11

In re  26 BOWERY LLC          Case No.   22-10412
    Debtor                      Reporting Period:  May 1, 2025 - May 31, 2025

## BANK RECONCILIATIONS

The debtor's bank reconciliation may be substituted for this page.

| | EAST WEST #0162 | EAST WEST #0225 | EAST WEST #0309 | WESTERN ALLIANCE #1065 | WESTERN ALLIANCE #1156 | Counsel Escrow | BANK OF AMERICA #4102 |
|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ - | $ - | $ - | 7,586 | 2,559 | 276,531 | $ (1) |
| | | | | | | | |
| BANK BALANCE | $ - | $ - | $ - | $ 7,586 | $ 2,559 | $ 276,531 | $ (1) |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - | - | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | - | - | - | - | - | - | - |
| OTHER  *(ATTACH EXPLANATION)* | | | | | | | |
| | | | | | | | |
| **ADJUSTED BANK BALANCE *** | $ - | $ - | $ - | $ 7,586 | $ 2,559 | $ 276,531 | $ (1) |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | - | | | | | |
| **CHECKS OUTSTANDING** | Acct # | Ck. # | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER**



Western Alliance Bank
450 B St Ste 150
San Diego CA 92101

Period Covered:
May 01, 2025 - May 31, 2025
Page 1 of 4

Brian Ryniker

| | |
|---|---|
| Case Number | 22-10412 |
| Case Name | 26 Bowery LLC |
| | DEBTOR |
| Trustee Number | 521730 |
| Trustee Name | Brian Ryniker |
| | TRUSTEE |

📞 **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 1065 | $11,771.11 | $7,586.49 |
| TRUSTEE CHECKING | 1156 | $2,563.52 | $2,558.52 |
| **Total** | | **$14,334.63** | **$10,145.01** |

## TRUSTEE CHECKING                                              Account Number: 1065

| Enclosures | 1 | Beginning Balance | $11,771.11 |
|---|---|---|---|
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $4,184.62 |
| | | **Ending Balance** | **$7,586.49** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 11016 | 05-22 | $550.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 05-28 | ACH DEBIT CON ED OF NY CECONY 250528 24320810005 | $143.83 |
| 05-30 | WIRE DR USD WIRE OUT;BNF-Cityw ide Fire Sprinkler s Inc.;OBI-ID: 461 33-INS&SVC; 014186 905Z, 014186906K | $3,485.79 |
| 05-30 | BANK & TECH FEE | $5.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | $11,771.11 | 05-22 | $11,221.11 | 05-28 | $11,077.28 |
| 05-30 | $7,586.49 | | | | |


Member FDIC

**Western Alliance Bank**
450 B St Ste 150
San Diego CA 92101

Period Covered:
May 01, 2025 - May 31, 2025
Page 2 of 4

## TRUSTEE CHECKING

**Account Number:** ▮▮▮▮1156

| Enclosures | 0 | **Beginning Balance** | **$2,563.52** |
|---|---|---|---|
| | | + Total Additions | $0.00 |
| | | - Total Subtractions | $5.00 |
| | | **Ending Balance** | **$2,558.52** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 05-30 | BANK & TECH FEE | $5.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | $2,563.52 | 05-30 | $2,558.52 | | |

**Western Alliance Bank**
Member FDIC

Western Alliance Bank
450 B St Ste 150
San Diego CA 92101

Period Covered:
May 01, 2025 - May 31, 2025
Page 3 of 4

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK HOLD AT AN ANGLE TO VIEW

Western Alliance Bank
San Diego, CA
(805) 804-2785

16 Bowery LLC
DeJeur Iv Fenestration C/O KK Consultants
1178 Broadway 3rd Floor 1515
New York NY 10001

11016
11-05567/1221

VOID AFTER 90 DAYS

Regarding
16 Bowery LLC (23-10412)
Invoice #003

Date    05/13/2025

$ *********550.00

***Five Hundred Fifty Dollars and 00/100

Pay to the
Order of
Golden Hand House Corp
992 Manor Road
Staten Island NY 10314

Brian Rymker - Independent Manager

⑈000110166⑈ ⑆1221059806⑆    ▮0654▮

05/22/2025        11016        $550.00



For Deposit Only - JPMC

05/22/2025        11016        $550.00

**Western Alliance Bank**

Western Alliance Bank
450 B St Ste 150
San Diego CA 92101

Member FDIC

Period Covered:
May 01, 2025 - May 31, 2025
Page 4 of 4

**To Reconcile Your Checking Account:**
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending Balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING: | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) Making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

**IMPORTANT INFORMATION ABOUT YOUR STATEMENT**
You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or e-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tells us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED**
**Revolving Lines of Credit** - We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**
If you think there is an error on your statement, write to us at Western Alliance Bank, 2701 E. Camelback Rd, Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or any interest or other fees related to that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION** - We may report information about your account to credit bureaus. Late payments, missed payments,
Or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.