RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Counsel for Northgate Real Estate Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 26 BOWERY LLC and | : | Case No.: 22-10412 (MG) and |
| 2 BOWERY HOLDING LLC, | : | 22-10413 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER PURSUANT
TO BANKRUPTCY RULES 9014 AND 9020 (I) FINDING THE BUYER IN CIVIL
CONTEMPT FOR ITS FAILURE TO COMPLY WITH THE COURT'S FEE
APPROVAL ORDER; (II) COMPELLING THE BUYER TO IMMEDIATELY PAY
TO NORTHGATE THE BUYER'S PREMIUM; AND (III) AWARDING
NORTHGATE ATTORNEY'S FEES AND COSTS FOR THIS MOTION**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the motion (the "Motion") [ECF No. 550] filed by Northgate Real Estate Group, LLC ("Northgate") for entry of an order (i) finding 2 Bowery LLC (the "Buyer") in civil contempt for its failure to comply with the Court's order entered on May 5, 2025 (the "Fee Approval Order") [ECF No. 530], which ordered the Buyer to pay Northgate's commission on the sale of 2 Bowery, New York, New York 10013 (the "2 Bowery Property") as a buyer's premium in the amount of $220,000 (the "Buyer's Premium") within five days of entry of the Fee Approval Order; (ii) compelling the Buyer to immediately pay to Northgate the Buyer's Premium; and (iii) awarding Northgate its attorney's fees and costs it was forced to incur to bring the Motion, shall be held before the Honorable Martin

1

Glenn, Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York, on **July 31, 2025 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held via Zoom for Government.  Parties wishing to appear at the Hearing must make an eCourt Appearance for the hearing by 4:00 p.m. the business day before the Hearing.  Instructions for making an eCourt Appearance can be found at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn under the "Zoom Hearings" and "eCourt Appearances" tabs.

Dated: New York, New York
July 11, 2025

        RUBIN LLC

        By: ___*/s/ Paul A. Rubin*___
            Paul A. Rubin
            Hanh V. Huynh
        11 Broadway, Suite 715
        New York, New York 10004
        Tel: 212.390.8054
        prubin@rubinlawllc.com
        hhuynh@rubinlawllc.com

        *Counsel for Northgate Real Estate Group, LLC*