RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
11 Broadway, Suite 715
New York, New York 10004
Tel:  212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Counsel for Northgate Real Estate Group, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| In re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| 26 BOWERY LLC and | : | Case No.:   22-10412 (MG) and |
| 2 BOWERY HOLDING LLC, | : | 22-10413 (MG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Hanh V. Huynh, hereby certify that, on August 1, 2025, I caused a true and correct copy of the *Fee Application of Rubin LLC* [ECF No. 562] to be served electronically upon the parties registered for electronic service in the above jointly-administered chapter 11 cases through the Court's CM/ECF system.

I further certify that, on August 1, 2025, I caused the foregoing, and notice of electronic filing of the foregoing, to be served by email to the following email addresses:

    lkuper@abramslaw.com

Dated: New York, New York
       August 1, 2025

                                                                  */s/ Hanh V. Huynh*
                                                                    Hanh V. Huynh